2:00 Day
20 Day
Summons
Issue

1  LYONA DAVIS
   P.O. BOX 16003
   LONG BEACH, CA. 90806
2  Telephone:(562)218-5700
   Facsmile:(562)218-5712
3  E-Mail: Womenwritestoprivacy@hotmail.com
   Attorneys for Plaintiff
4  LYONA DAVIS-PROPRIA=PERSONA

5  LAW OFFICES OF DAVID S. HAGEN
   DAVID S. HAGEN - SBN 110588
6  ENCINO, CALIFORNIA 91436-1785
   (818)990-4416
7  FAX (818) 990-5680

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

CLERK, U.S. DISTRICT COURT
JUN 17 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CV08 3953- GW (PLAX)

13  **In re: REAL PROPERTY STOLEN (NC 07053)**

14  LYONA DAVIS , an individual senior American          )   CASE NO.:
                                                        )
15              Plaintiff,                              )   COMPLIANT FOR: LYONA DAVIS
                                                        )
16         vs.                                          )   **NO NOTICES GIVEN TO NOTIFY LYONA**
    CANDICE RASCHE,CO-TRUSTEE OR                        )   **DAVIS TO GET HER PERSONAL PROPERTY.**
17  EUCALYPTUS TRUST, BRADLELY S. HUGHES,               )   **ILLEGALLY TAKEN BY CANDICE RASCHE**
    DBA WESTAR FINANCILA GROUP, INC., AND               )   **ET. AL**
18  GATEWAY TITLE, MICHAEL JAMES HENSCHEL,              )   **LYONA DAVIS WAS TOLD SHE COULD ONLY**
    ISLES DBA TITLE TRUST SERVICES AND ET AL.           )   **GET HER PERSONAL PROPERTY IF SHE**
19              Defendant (s)                               **RELEASED THE LES PEN DENS AND**
                                                           **COMPLAINT FILED**
20

21
    _____
22  **TO ALL ATTORNEYS AND OTHER PARTIES IN INTEREST:**

23      This complaint is filed by Plaintiff, LYONA DAVIS as a Propera Persona in the above

24  captioned case.   She is asking for replacement and sanctions for her personal property taken

25  without notice of personal property left after eviction.  This was an illegal eviction on Plaintiff

CANDICE RASCHE ET AL DOES 1-100 TOOK PERSONAL PROPERTY WITHOUT GIVING NOTICE
TO RECLAIM PERSONAL PROPERTY WHILE IN CHAPTER 13 BANKRUPTCY - 1

LYONA DAVIS home of nearly twenty years.  The million dollar-historical home was sold in an undisclosed and unorthodox place to Defendant(s) for only $58,133.00. This gave them all of the 1,000,000.00 of equity left in the property.  The alleged Default of her loan was $8,000.00. This amount is challenged because the Default fees included taxes on the property, which have been paid by the first mortgage at Union Bank of California in an Impound Account since November 22, 1988. This Real Estate Racketeering Group is currently under investigation for taking other properties; later conspired to take all of Plaintiff belongings (personal property) along with her real property by filing false documents at the Los Angeles County Recorder office and sending NO DEFAULTS notices to Plaintiff, LYONA DAVIS.

The Honorable Roy L. Paul continued the Unlawful Detainer Case even while Plaintiff LYONA DAVIS was in a confirmed Chapter 7 Bankruptcy.  He or someone changed the filing date on the court's receipt of the Chapter 7 Bankruptcy documents. The lodging date changed. The original date of receivership has been BLACKENED OUT and in its place the date of October 31, 2005 placed.  This date is significant for two reasons:  It allowed Union Bank of California to sell my home first mortgage to Candice Rasche when I was in  the current Chapter 7 Bankruptcy and because it is alleged the Bankruptcy was not on file, and second this is to agree with the Honorable Roy L Paul continuing the Unlawful Trail to get a verdict while Plaintiff LYONA DAVIS was in Chapter 7 Bankruptcy.  He broke the law, he refused to obey the law of "THE AUTOMATIC STAY" by continuing the Unlawful Detainer;  thus Union Bank of California broke the law of THE AUTOMATIC STAY by selling the mortgage to the Candice Rasche without Release from the Bankruptcy court, or Trustee.  In addition, Union Bank of California was sent a copy of the Chapter 6 Bankruptcy file.

This court thus has jurisdiction over the proceedings which arise in a case under the Bankruptcy Code and concern personal property of Debtor pursuant to 28 USC 1334. This is a proceeding and violation of the Bankruptcy codes by state and local officials to evict LYONA DAVIS while under Bankruptcy Protection on September 19, 2005.

I

## INTRODUCTION

The instant is a post-foreclosure Unlawful Detainer action seeking to dispossess Defendant, LYONA DAVIS from her historical home of nearly 20 twenty years premised upon a Three Day Notice to Quit Premises. A trial in this matter was initially held on July 12, 2005. At trial LYONA DAVIS, through counsel, objected to the admission of the proof of service pertaining to the subject Three Day Notice to Quit Premises. The Court overruled this objection. LYONA DAVIS also the sought to introduce evidence that would challenge the foreclosure process, therefore undermining the validity of the Trustee's Deed Upon Sale relied upon by Rasche.

The Court, however, refused to admit this evidence. The Court then entered Judgment against LYONA DAVIS awarding Rasche possession of property as a BFP and money damages. During this proceeding LYONA DAVIS was standing in the hallway awaiting to be called into the court if the trial was going to proceed, Attorney Bruce Menke arrived at about 12:45 and told LYONA DAVIS, she had lost. She responded to him, "How could I have lost." When she wasn't even in the court room?" Attorney Bruce Menke said, "Don't worry, you have been treated very unfairly, I'll appeal."

undisclosed and unorthodox place to Defendant(s) for only $58,133.00. This gave them all of the 1,000,000.00 of equity left in the property.  The alleged Default of her loan was $8,000.00. This amount is challenged because the Default fees included taxes on the property, which have been paid by the first mortgage at Union Bank of California in an Impound Account since November 22, 1988. This Real Estate Racketeering Group is currently under investigation for taking other properties; later conspired to take all of  Plaintiff belongings (personal property) along with her real property by filing false documents at the Los Angeles County Recorder office and sending NO DEFAULTS notices to Plaintiff, LYONA DAVIS.

The Honorable Roy L. Paul continued the Unlawful Detainer Case even while Plaintiff LYONA DAVIS was in a confirmed Chapter 7 Bankruptcy.  He or someone changed the filing date on the court's receipt of the Chapter 7 Bankruptcy documents. The lodging date changed. The original date of receivership has been BLACKENED OUT and in its place the date of October 31, 2005 placed.  This date is significant for two reasons: It allowed Union Bank of California to sell my home first mortgage to Candice Rasche when I was in  the current Chapter 7 Bankruptcy and because it is alleged the Bankruptcy was not on file, and second this is to agree with the Honorable Roy L Paul continuing the Unlawful Trail to get a verdict while Plaintiff LYONA DAVIS was in Chapter 7 Bankruptcy.  He broke the law, he refused to obey the law of "THE AUTOMATIC STAY" by continuing the Unlawful Detainer;  thus Union Bank of California broke the law of THE AUTOMATIC STAY by selling the mortgage to the Candice Rasche without Release from the Bankruptcy court, or Trustee.  In addition, Union Bank of California was sent a copy of the Chapter 6 Bankruptcy file.

This court thus has jurisdiction over the proceedings which arise in a case under the Bankruptcy Code and concern personal property of Debtor pursuant to  28 USC 1334.  This is a

proceeding and violation of the Bankruptcy codes by state and local officials to evict LYONA

DAVIS while under Bankruptcy Protection on September 19, 2005.

# I

# **INTRODUCTION**

The instant is a post-foreclosure Unlawful Detainer action seeking to

dispossess Defendant, LYONA DAVIS from her historical home of nearly 20

twenty years premised upon a Three Day Notice to Quit Premises.  A trial in this

matter was initially held on July 12, 2005.  At trial LYONA DAVIS, through

counsel, objected to the admission of the proof of service pertaining to the subject

Three Day Notice to Quit Premises.  The Court overruled this objection.  LYONA

DAVIS also the sought to introduce evidence that would challenge the foreclosure

process, therefore undermining the validity of the Trustee's Deed Upon Sale relied

upon by Rasche.

The Court, however, refused to admit this evidence.  The Court

then entered Judgment against LYONA DAVIS awarding Rasche possession of

property as a BFP and money damages. During this proceeding LYONA DAVIS was

standing in the hallway awaiting to be called into the court if the trial was going to

proceed, Attorney Bruce Menke arrived at about 12:45 and told LYONA DAVIS,

she had lost.  She responded to him, "How could I have lost." When she wasn't

even in the court room?"  Attorney Bruce Menke said, "Don't worry, you have

been treated very unfairly, I'll appeal."

On July 27, 2005, LYONA DAVIS filed a motion, pursuant to CCP 663, for

an order vacating the judgment of July 12, 2005, and entering a new and different

judgment in favor of LYONA DAVIS (hereafter the "Motion for New and Different

judgment") a Notice of Intention to Move for a New Trail was filed concurrently

with the Motion for New and Different Judgment. LYONA DAVIS also applied ex

parte for an order staying execution of the judgment pending the hearing on the two

motions.  The Court granted the ex parte application and stayed enforcement of the

judgment pending hearings on the motions.  LYONA DAVIS posted $3000.00 with

the Clerk of the Court as a condition of the stay.

At the July 27, 2005 hearing the Court heard arguments on the subject of

when the motions should be heard. Rasche argued, with LYONA DAVIS concurring

that the Motion for New and Different Judgment should be heard as soon as

possible. The Court initially set the hearing on said Motion for August 1, 2005.

The Court then announced its intention to accelerate the filing matters for August

12, 2005. LYONA DAVIS opposed the delay in the hearing on the Motion for New

and Different Judgment and the acceleration of the process for the Motion for a

New Trial, arguing that the Motion for New and Different Judgment, if granted

would eliminate the need for the Motion for New Trail and hearing hereon, and that

the motion should be considered separately.  Over LYONA DAVIS' objection, the

Court set the hearings on both motion for August 12, 2005.

(later-re-set to August 15, 2005)

On August 15, 2005, at the hearing on the two motions, Davis primarily

argued the insufficiently of the evidence to support the judgment, and that LYONA

DAVIS should have been awarded judgment in her favor because Rasche had not

proven her prima facie case. She produced no Notices of Default sent to LYONA

DAVIS, no Notice of Posting of Sale on her door, No Public or Printed information in the newspaper of her home was for sale, No proof of the Notice of Sale on the Foreclosure in the Los Angeles County Registrar records and No proof of service for or signature of LYONA DAVIS she had received notices of her DEFAULT payments.

Even the Unlawful Detainer was erred. It was left on the door of LYONA DAVIS not served to her. And the Unlawful Detainer was served was by a female Hispanic not Hector Flores (a man) or no proof of a tenured check for the purchase price of $58,133,68. The million dollar of equity in the property was not mentioned. Nor the fact Candice Rasche and Bradley S. Hughes are business partners. The Real Estate laws require that a home is sold for its value.  Candice Rasche paid less than 1% of the value of LYONA DAVIS' historical home. LYONA DAVIS'  Comparable Sales showed; home were selling for $1,200,000,00 to $940,000,00 and none of these homes were historically valued.  Candice Rasche produced no documents to the Court to prove she was the REAL owner of the property.  The only proof they presented to the Court; she and her husband Frank where a WHITE COUPLE who allegedly owned LYONA DAVIS' property who is a FEMALE-BLACK- SENIOR AMERICAN. During Candice Rasche testimony; Frank Rasche yelled answers to her across the court room. And LYONA DAVIS was made to sit in the audience while her chair next to her counsel, Attorney Bruce Menke was given to Frank Rasche to sit in, and he was not even a party to the proceeding being held. Additionally

LYONA DAVIS was sent out of the courtroom twice during the testimony of Candice Rasche. In fact, Hector Flores, the Process Server was allowed to sit in court through all of the trial and then testify. He could not identity LYONA DAVIS'

1  historical home.  He did not know the color, where it was in the block, was it two

2  story or one, was it gated or not gated.  Therefore, it is a question of his validity,

3  and facts surrounding his service. Did Hector Flores actually serve the Unlawful

4  Detainer documents as he testified to the Court?

5        LYONA DAVIS additionally argues that the Court omitted erred in allowing

6  certain evidence for the plaintiff and excluding her evidence attacking the

7  foreclosure sale.  If LYONA DAVIS could not bring into evidence the foreclosure

8  process, the Court erred in its discretion in granting the Rasches as BFP's.  The

9  plaintiff did not follow the Codes and Civil Procedures for conducting a

10  FORECLOSURE Sale in the State of California.

11  LYONA DAVIS was denied due process of the law. The Court expressly stated that it was not

12  making any finding about the sufficiency or insufficiency of the evidence presented by Rasche at

13  trial, or the legal sufficiency or insufficiency of LYONA DAVIS' arguments in her Motion for

14  New and Different Judgment.  The Court then denied LYONA DAVIS Motion for

15  New and Different Judgment. Then Court then acknowledged that it was in error to

16  prevent LYONA DAVIS from introducing evidence at trial contesting the validity of

17  the foreclosure sale; and granted LYONA DAVIS Motion for New Trial.

18        LYONA DAVIS then requested at the trial pursuant to the granting of the

19  Motion for New Trial be set to afford adequate time to seek a stay from the

20  Appellate Division.  The Court denied the request and set the trial three days later

21  for August 18, 2005.  LYONA DAVIS promptly filed a Notice of Appeal in the

22  Appellate Division of the Superior Court to appeal the trial Court's denial of her

23  Motion for New and Different Judgment.

On August 18, 2005 LYONA DAVIS counsel specially appeared at the new

trial, and objected to the trial Court proceeding with the trial on the ground that

the trial Court lacked jurisdiction to continue with the trial pending LYONA DAVIS

appeal of the Court's denial of her Motion for New and Different Judgment.

LYONA DAVIS specifically argues that, because an appeal had been perfected, the

proceeding to the trial Court were automatically stayed pursuant to CCP 916(a).

The trial Court overruled this objection. LYONA DAVIS' counsel also asked the

Court to continue the trial pending a ruling by the Appellate Division regarding the

effect of the appeal on the proceedings.  The Court denied the request.  Finally

LYONA DAVIS counsel, per the offered stipulation of Rasche's counsel (and

apparent of the Court) requested that the Motion for New Trial and Order thereon

be withdrawn and vacated respectively, thereby obviating the necessity of the new

trial, and allowing the appeal's to proceed.  The Court rejected the offered

stipulation and proceeded with the trial.

The trial was held over Attorney Bruce Menke's duly noted and continuing

objections and judgment rendered against LYONA DAVIS.  LYONA DAVIS now in a

separate appeal, appeal for Unlawful Detainer Judgment entered the Court after the

new trial.

At the advice of counsel LYONA DAVIS filed Bankruptcy to protect her civil

rights and to give her an automatic stay in her home pursuant to U.S.C. 11 362 (a)

this she was informed would keep her from being evicted out of her home of nearly

20 years on September 19, 2005.

Attorney Bruce Menke Appeal was notified the Bankruptcy was completed. He was to be

heard at 2:00 p.m. on September 15, 2005.  LYONA DAVIS filed her Bankruptcy on September

15, 2005 at 8:00 a.m. to protect her rights and give her an automatic stay. The Bankruptcy

petition was sent to the Los Angeles Sheriffs, plaintiff counsel, Attorney John

Greene, and the Court.  Yet on September 19, 2005, the Court, Los Angeles

Sheriffs, and Attorney John Greene ignored and violated the federal statutes and

evicted LYONA DAVIS. Los Angeles Sheriff is pictured reading the Bankruptcy but

still evicted LYONA DAVIS on September 19, 2005.  To cover the Court violation

of the law, the Court Case Summary covers up the eviction by stating "it was

unsatisfied") and never list the eviction on the Court documents. (See 11 U.S. C.

541 (a) (1) and 323…Unites States v. Whiting Pools, Inc. (1983) 462 U.S. 198,

203-295, fn. 9 (103S.Ct. 2309, 2313, 761.Ed.2d 515) ("a broad range of

property," including causes of action, is included in the bankruptcy estate); Jones v.

Harrell (11th Cir.1988 858 F. 2d 667, 669) ("A trustee in bankruptcy succeeds

to all causes of action held by the debtor at the time of bankruptcy petition is

filed.") "Subsection (a) defines the scope of automatic stay, by listing the acts that

are stayed by the commencement of the case. The commencement or

continuation,…of a judicial administrative, or other proceeding against the debtor

that was or could have been commenced before the commencement of the

bankruptcy case is stayed under paragraph (1), The scope of the paragraph is broad.

All proceedings are stayed, including arbitration, license revocation, administrative

and judicial proceeding….." (…. Rep. No.95-595,

lst Sess., pp.340-342(1977); Sen. Rep. No.95-989, 2d Sess.,pp 49-51 (1978);

See 1 Herzog & King, Bankruptcy Code (1987 Collier pamp. Ed.) p.171.)

On June 14, 2006, LYONA DAVIS filed with the Bankruptcy Court to be transferred to a Chapter 13.  Judge Ernest Robles in Federal Jurisdiction granted the transfer June 15, 2006.  This gave protection to LYONA DAVIS possession of all property of the estate which includes personal property, except where the bankruptcy plan otherwise specifics (1305(b); see 704(1) (charging trustee with duty to collect and reduce to money the property for the estate")

On September 26, 2005 LYONA DAVIS returned to her home to get her personal property as pre arrangement of counsel, Attorney Julie Gavira the gate was locked.  On October 30, 2005 LYONA DAVIS returned to her home to get her personal property the gate was still locked.  On November 1, 2005 LYONA DAVIS was told she could get her personal property again as pre arranged by counsel.  Upon LYONA DAVIS reaching her home the gate was locked again.

On January 17, 2006, LYONA DAVIS went to Sacramento, California. She met with State Senator Betty Karnette, Assemblymen Alan Lowenthal and Governor Schwarzenegger about Candice Rasche refusing to give her personal property and  the fraud of her Deed of Trust.  She met and talked with Attorney Tia Boatman Patterson, Counsel to the Speaker of the State House of Representative Fabian Nunez. Attorney Tia Boatmen Patterson called and spoke with Attorney Julia Gavira, LYONA DAVIS attorney of Record (who was under investigation for fraud and abandonment) and Attorney Vogel, counsel for Candice Rasche; while in Sacramento, California.  Attorney Julie Gavira, LYONA DAVIS counsel was angry, and stated she did not ever care if LYONA DAVIS got her personal property.

However, Attorney Vogel agreed to return LYONA DAVIS personal property.  But

when LYONA DAVIS returned to Los Angeles on January 22, 2006 and spoke to

Attorney Vogel, attorney for Bradley Hughes and Candice Rasche;  she was

instructed  she could only get her personal property; if she signed the release of the

Lis Pen dens.  LYONA DAVIS refused to release the Lis Pendency or the Complaint

in the Civil Case # NC 03753.  After this LYONA DAVIS did not hear anything

else about her personal property.

LYONA DAVIS was assured that the Chapter 13 Bankruptcy protected her

personal property from sale or disposal. She was now confirmed Chapter 13

Bankruptcy protection. Attorney Thomas Ure and Attorney Ranieri assured

her personal property was protected under federal Bankruptcy.  And before Candice

Rasche could dispose of LYONA DAVIS personal property the following steps had to

be set forth:

## DISPOSITION OF PROPERTY ABANDONED BY TENANT

(How can LYONA DAVIS become a tenant in her home; she still held title at Union

Bank of California and Rosa Family Trust holding a $261,000,00 that was current?)

When the tenant leaves personal property on the premises after the tenancy

has been terminated (i.e. by vacating after service of the a notice to quit, after entry

of an unlawful detainer judgment, or after actual eviction under a writ), and the

property is not considered to be "lost" property under CC 2080-2080.9 (or is lost

property but the authorities refuse to accept delivery), and the tenant has not made

a timely request for return of the property,  LYONA DAVIS attempted to get her

personal property on many occasions. She was not given an opportunity to retrieve

it, Although LYONA DAVIS was offered a ransom for it; LYONA DAVIS was given

the fraudulent choice to get her personal property only when she released the Lis

pen dens and complaint on her property.  This type of procedure is not due process

in any of the state Civil Codes and Procedures listed under "The Disposal of Personal

Property." Thus the possession and or selling of LYONA DAVIS' personal property

is theft under state Civil Procedures disposal laws; as well as Chapter 13 Bankruptcy

protection.

On July 21, 2007 LYONA DAVIS returned to her home to get her personal

property, Candice Rasche and or Valerie Garcia called the Long Beach police and told them she

had a gun. Candice Rasche attempted to have LYONA DAVIS KILLED.  LYONA DAVIS was

falsely arrested, and falsely imprisoned, handcuffed and held with 6 guns to her head

for over two hours in front of her home by the Long Beach Police. (See police

report # 06-56666)  Each time LYONA DAVIS was told she would be able to go

into her home and pack her personal property; she was denied access to her personal

property.

Candice Rasche did not give Notice Requirement for Disposal of Abandoned

Property to LYONA DAVIS.  Attorney Julia Gavira stated that the reason Candice

Rasche was not going to allow LYONA DAVIS access to her home or to open the

gate was because  LYONA DAVIS refused to sign the Release of the Lis Pendens;

The eviction was illegal due to the protection LYONA DAVIS held under

Bankruptcy.  According to State Codes and Civil Procedures 2983 © the notice must

be either personally served or served by mail to the owner last address.  None of

these procedures were followed. LYONA DAVIS was not personally served, nor did

she receive any certified mail.  The form of the notice to a tenant is specified CC

1984. LYONA DAVIS received no notices that were set forth in CC 1983

nor CC 1985.

A.   28. 17 Landlord Must Store Abandoned Property in Safe Place:

The landlord must store the property in a safe place-either on or off the rental premises—
until it is released CCP 1174 (g) The landlord is obligated to take reasonable care in the
protecting the property. If the or she had done so, then the landlord will not be liable to
the tenant for any loss or damage of the property unless it is caused by the landlord's
deliberate or negligent act. CC 1986. LYONA DAVIS possesses photographs some of
her personal property was sat in the rains for three weeks.

B.  THE LANDLORD IS OBLIGATED TO SEND NOTICE
to the tenant or other presumed owner of the abandoned property that (1) the describes
the property; (2) advises the owner that reasonable storage costs may be charged; (3)
describe where the property can be reclaimed; and (4) specifies a date not less than 15
days after personal delivery of the notice  (18 days) if the notice is mailed rather than
served personally) within which the owner must claim property, CCP 1174; CC 1983(a)-
(b). LYONA DAVIS received no notices or certified mail of personal property to be
disposed.  Just like the house notices of defaults and the unlawful detainer default notices.
There is no proof service or signature from LYONA DAVIS.

C.   STORAGE COSTS
Storage costs incurred by the landlord to protect abandoned property are defined in CC
1990 and must be paid to the landlord as provided in 28.19. These costs include both
actual costs reasonable incurred, and the property is stored on the rental premises, the
rental value required for storage CC 1990. (a)  LYONA DAVIS received no notices of
abandoned property nor costs.

D.   Sale of Unclaimed Property; LIABILITY OF LANDLORD
If the property is not claimed during the specific period, the property may
be sold, this is what Candice Rasche attempted to do; KEEP all of LYONA DAVIS
FAMILY HERILOONS. *(See list of property) Candice Rasche denied LYONA DAVIS
the rights to claim her personal property. She was being forced to sign the away her civil
rights to get your personal property

E.   A notice of sale must be published in accordance with Govt. C 6066 in a newspaper of
general circulation published in the county where the sale will occur CC 1988(a). The
notice must be published once a week for two consecutive weeks with 5 days intervening
between each publication. The property must be described in sufficient detail to allow the
owner to identify it.  This procedure was not done. Candice Rasche printed no
notifications, gave not notices, but instead attempted to bribe LYONA DAVIS into
releasing the Les Pen dens on the in order to get her personal property

F.  ……..IT IS FURTHER ORDER "that the automatic stay afforded by 11 U.S.C Section 362(a) is modified to allow Movant to defend Debtor's appeal of the Superior Court terminating Debtor's possession I the subject property (LASC 05U01160) with the provision that any money judgment against the debtor shall only be enforceable subject to further order of this court.

LYONA DAVIS is currently in a Chapter 13 Bankruptcy.  This protects her possessions rights against the selling of her personal property. She is currently making payments to the estate. Therefore the intent to sell LYONA DAVIS personal property to collect rent, damages awarded in the unlawful detainer judgment was specifically stated in Judge Robles Order December 12, 2005. Additionally, Candice and Frank Rasche has ove r a million dollars in equity from stealing the real property title without default notices to Plaintiff, LYONA DAVIS

II
ARGUMENTS

Bradley S. Hughes of Westar Financial, owner, agent, loan officer, has been proven to hold a conflict of interest. Can he sell Plaintiff LYONA DAVIS property to Frank and Candice Rasche? Can he sell it to one of his employee?: Can he hold the Deed of Trustee to their family Trust: Can he present to LYONA DAVIS her loan is in the mail, and sell her property without certified notices to her.  Candice Rasche presented to the court she purchased the property, there was no check, not certified notices sent to owner LYONA DAVIS. What person would lose their historical home with a million dollars of equity for only $58,133.00 plus all of their personal property.  Lyona McPherson Davis home was stolen. Even Hector Flores- signer on Process Servicer of Unlawful Detainer Hector Flores sat through entire trial then allowed to testify.

None disclosed location not public or printed into newspaper by Michael James Henschel, owner of Gateway Title Company (Racketeering look up record Ron Berman or Isles,

owner of First Title Company- foreclosed on property did not own title to foreclose Alan Lawrence, notary of Trustee Deed on both loan to LYONA DAVIS amd foreclosure to Candice Rasche.

James Beasley came to home with Bradley Hughes. Alan Lawrence notary of Trustee Deed properties owned by Candice Rasche on all four properties Judge Roy L. Paul-followed LYONA DAVIS in Orange County .

LYONA DAVIS stood in hallway while trial was held 7-10-05. Even  Forged signature on Deed of Trust of Westar Financial was forged.. It is even listed on second page of the Deed transaction.

In addition Frank Rasche yelled answers to Candice Rasche while on the witness stand. Trial continued while Lyona Davis out of court room Frank Rasche sat in the box next to Attorney John Greene while Lyona Davis was made to sit in the audience alone.

While testifying LYONA DAVIS was told to go to car, Judge Roy Paul  would hold 10-15 minute recess. Judge Roy Paul did not. When LYONA DAVIS returned the Unlawful Detainer trial was over, and Judge Roy L. Paul gave away LYONA DAVIS million dollar home to these Real Estate Racketeers.

Attorney John Greene and Judge Roy L Paul violated bankruptcy automatic stay as they continued trial; knowing LYONA DAVIS was in Bankruptcy.Attorney John Greene lied to the court by stating I borrowed $25,000,00, $35,000,00, $50,000,00. Ms Davis just doesn't pay her bills. Hector Flores perjured himself by testifying in court he served me the Unlawful detainer. It was left on the door.  It was left on the door by a Hispanic woman.

Judge Roy Paul told Lyona Davis to sit down and shut up.  When she objected to being told to sit in the audience of the court, and when Frank Rasche yelled answers to his wife.

CANDICE RASCHE ET AL DOES 1-100 TOOK PERSONAL PROPERTY WITHOUT GIVING NOTICE
TO RECLAIM PERSONAL PROPERTY WHILE IN CHAPTER 13 BANKRUPTCY - 14

Attorney Bruce Menke asked Defendant, LYONA DAVIS to go outside and get the Reconveyance.  Candice Rasche was on the stand testifying.

### III
### BACKGROUND AND PROCEDURAL HISTORY

LYONA DAVIS was forced into a Chapter 7 Bankruptcy and later a Chapter 13 Bankruptcy due to fraud of her million-dollar-historical home; where she resided nearly twenty years. She has no unsecured debt other than the fees of the Chapter 7 Trustee and Candice Rasche from the alleged unlawful detainer damages. She filed the within action for damages and to vacate a Trustee sale of her home.  LYONA DAVIS alleges Rasche and the remaining plaintiffs perpetrated a scheme to defraud LYONA DAVIS of her home and substantial equity therein located 2151 Eucalyptus Avenue, Long Beach, CA.

The first amended complaint alleges that on or about October 21, 2004 Defendant executed the subject deed of trust securing a $30,000.00 loan against her property.  The loan was originated by Westar Financial Group, owned by Bradley Hughes.  The deed of trust recites Defendant, LYONA DAVIS as Trustor, Gateway Title Company as Trustee, and Westar Financial Group as Beneficiary.

On January 6, 2005, (three months after the loan was signed) a company called, "Title Trust Services" (did not own the title to foreclosed) caused a Notice of Default to be recorded, instrument no.; 05-0043625, claiming a default of $8, 999.28.  This was an erroneous figure.  Defendant LYONA DAVIS note was only $2200.00 a month. Thus the $30,000.00 she

borrowed from Westar Financial was suppose to bring Ms Davis loans current.

Under this subject note and deed of trust and directing defendant

to tender payments to Ron Berman at Title Trust Services.  At that time, no

Substitution of Trustee substituting Title Trust Service for Gateway Title

Company under the subject deed of trust had been executed or recorded by

Westar.  No Substitution of Trustee had been served upon LYONA DAVIS.

On March 28. 2005 Hughes executed a Substitution of Trustee

(instrument no: 05-0944363), substituting Title Trust Services for

Gateway Title Company.

On April 22, 2005, a Notice of Sale was recorded (instrument

no.: 05-0944364) by Title Trust Services.  But when Attorney Bruce

Menke checked for the Notice of Sale June 2, 2005 there was no record of

this Notice of Sale. (*caution of this recording date)

Defendant, LYONA DAVIS alleges that in violation of CC2924b, she

was never served with the Notice of Default, never served with the

Substitution of Trustee, and was never served with the Notice of Trustee Sale.

The complaint further alleges that in pre-foreclosure discussion with

defendant to resolve the defaulted payments,  BRADLEY HUGHES, in his

capacity as a business partner and agent of plaintiff CANDICE RASCHE,

falsely represented to defendant that no foreclosure proceedings were being

pursued by Westar, that the subject property would not be foreclosed

that defendant need not seek alternate financing to cure the

Westar default as HUGHES would arrange refinancing of the property to

cure the subject default. (First Amended Complaint, page 6 paragraph 28)

On May 23, 2006, notwithstanding those representations, the

property was sold at a none judicial trustee sale to RASCHE for

$58,133,66. the exact amount due under the Westar note. They were

allowed to keep the million dollars of equity in the property. In addition

keeping ALL OF LYONA DAVIS PERSONAL PROPERTY.

 AT the time of the trustee sale, LYONA DAVIS had two senior

mortgages totaling $261,000,000.00 and the property had a fair market

value of $1,200,000,00. As a result of the sale, Rasche reaped at least

$1,100,000.00 in equity from defendant LYONA DAVIS property in the no-

overbid sale. The second trust deed, Rosa Family Trust was not paid.  Rasche

only satisfied the first trust deed, Union Bank of California.  Rasche and

Union Bank of California violated the "automatic stay" on October 31, 2005

when they receive a full reconveyance from Union Bank of California.

Defendant, LYONA DAVIS was in Bankruptcy. ("The automatic stay is one of

the fundamental debtor protection provided by the bankruptcy laws.  It gives

t
he debtor a breathing spell from his creditors. It stops all collections efforts,

all harassments, and all foreclosure actions.  It permits the debtor to attempt a

repayment or reorganization plan, or simply to be relieved of the financial

pressures that drove him into bankruptcy.") See 1 Herzog & King,

Bankruptcy Code (1987 Collier pamp, ed.) p. 171.)

 Defendant has evident HUGHES and RASCHE are business associates,

having engaged in at least two financial transactions prior to the "no over

bid" trustee sale of defendant's home.

On September 9, 2004, Rasche borrowed from Bradley Hughes/Westar as evidence by a deed of trust, instrument no.: 04-2757926. That deed of trust was reconvened May 5, 2005 instrument N: 05-1061145, just two weeks before Hughes sold defendant's property to Rasche at the May 23, 2005 trustee sale.Back in 1999, Westar was the agent for the Rasche Family Trust in he purchase of property located at 2027 N. Hobart Blvd, Los Angeles, CA. 90027 as evidenced by a deed instrument no.; 99-0790603 Defendant has obtained evidence of:

(1) Prior financial tie between the foreclosing beneficiary Hughes and the "third party" purchaser Rasche.

(2) The failure to serve any of the required notices required under California Civil Code 2924b, and

(3) An essentially full credit bid of a property worth $1,200,000,00 sold for 4% of its value in the midst of California's skyrocketing real estate market to a business partner of the foreclosing beneficiary. These activities occurred while Hughes was making assurances to defendant LYONA DAVIS no foreclosure proceedings were occurring and that Hughes would arrange alternative financing to cure her defaulted payments.

Thereon, defendant filed her complaint alleging four causes of action:

(1)    Set Aside The Trustee Sale, (2) Cancel the Trustee's Deed

(3) Accounting and (4) Fraud

Plaintiff RASCHE has filed a motion for summary adjudication of the first and second causes of action to Set Aside the Trustee Sale and Cancel

the Trustee Deed on the ground those causes of action are barred by the

doctrine of *res judicata* based upon a judgment obtained in the prior

Unlawful Detainer trial.

## III.
## PROCEDURAL HISTORY

The initial complaint was filed in state court on June 2, 2005 and

the first amended complaint was filed July 27, 2005.

Plaintiff RASCHE was personally served with summons and amended

complaint on July 27, 2005. Plaintiff RASCHE'S answer does not raise

res judicata. As a affirmative defense to allegations in the complaint.

On September 15, 2005, debtor Davis filed voluntary Chapter 7

Petition.

On December 15, 2005, debtor Davis filed an application for Removal

to bankruptcy court.

On January 12, 2006, Plaintiff RASCHE filed a Motion for Abstention,

and withdrew the motion on February 23, 2006.

On February 24, 2006, debtor filed a motion to hold the adversary

case in abeyance until she retained new counsel.

On May 23, 2005, the Chapter 7 Trustee filed a motion to Substitute

as Defendant and Dismiss the Adversary pursuant to a settlement proposal

with RASCHE.

On June 15, 2005, debtor LYONA DAVIS obtained counsel and

converted her case to a Chapter 13 case.

On July 7, 2006, Plaintiff RASCHE filed the subject motion for summary

judgment July 27, 2006, debtor obtained counsel to prosecute the within

adversary.

The subject motion for summary judgment was scheduled for hearing on

August 29, 2006. The initial status conference and hearing on removal was scheduled for

September 21, 2006.The Plaintiff CANDICE RASCHE has not previously asserted

re judicata as an affirmative defense in any prior responsive pleadings in the bankruptcy or

state courts.

No discover has been conducted. Counsel for Rasche has not produced any

documents pursuant to Rule 6 of the Federal Rules of Civil Procedures.

RES JUDICATA IS A "NEW" AFFIRMATIVE DEFENSE RAISED FOR THE FIRST

TIME IN THE SUMMARY JUGEMENT MOTION CAUSING DEFENDANT

PREJUDICE.

RASCHE's answer to the complaint does not assert res judicata as an

affirmative defense.  She seeks summary judgment on the defense, raising it for

the first time by way of motion.

Defendant's attorney was retained to prosecute the adversary July 27,

2006. The case file obtained by defendant attorney was incomplete and

dependent's attorney obtained a copy of RASCHE's Answer August 24, 2006.

"Although an affirmative defense not raised in the answer or responsive

pleading is generally waived, such a determination is left to the trial court.

*Santos, supra, 112 Bankr at 1008.*  Here the affirmative defenses were not

raised in the answer, but the bankruptcy court nevertheless allowed Orange to

assert the defenses in its opposition to the summary judgment motion.

In the absence of a showing of prejudice, an affirmative defense may be raised for the first time as summary judgment. *Camarillo v. McCarthy, 998 F.2d 638,639 (9ᵗʰ Cir. 1993): Rivera v. Anaya, 726F2d 564, 599 (9ᵗʰ Cir. 1984)"*National Lumber and Supply, Inc. V. Orange Commercial Credit (1995, BAP 9ᵗʰ Circ. 184 B.R. 74 at p.79.)

Defendant has been prejudiced by the "surprise "plaintiff" as it has never before been raised.  Defendant contends this defense is waived.  However, should the Court permit the defense despite RASCHE's failure to raise it prior to the close of pleadings, at a minimum defendant should be given the opportunity to investigate the facts constituting this defense through discovery.

## 1V.
## NO DISCOVERY HAS BEEN CONDUCTED

Debtor Davis was without an attorney in the adversary from early 2006 until July 27, 2006. She filed her case under Chapter 7 case upon the advice of her attorney, who failed to relate the legal limitations imposed on a Chapter 7 debtor with respect to prosecuting adversary proceedings. Though actively seeking settlement with RASCHE, the Chapter 7 Trustee conducted no discovery whatsoever and failed to conduct a Rule 6 early meeting of counsel.

It was not until June 15, 2006, when debtor converted her case to a Chapter 13 case did she have the legal authority to control prosecution of her adversary proceedings, including the taking of discovery.  Almost immediately thereafter, on July 7, 2006, Plaintiff RASCHE filed the subject motion for Summary judgment.  Debtor retained counsel for the prosecution of the

adversary on July 27, 2006.  The same date, defendant attorney wrote to plaintiff RASCHE's counsel requesting a reasonable continuance of the summary judgment hearing so that the parties cold have an opportunity to conduct discovery.  That request was refused.

A motion for summary judgment should not be entertained until such time the parties have had a reasonable opportunity for discovery. FRCP56 (F)

Evidence to establish whether the subject foreclosure proceeded properly, and the extent of RASCHE's financial and business ties with the foreclosing trustee and beneficiary, can only be obtained by discovery procedures. Defendant DAVIS did not have the legal ability to conduct any discovery until she converted to a Chapter 13 debtor on June 15, 2006, however, defense counsel has refused to continue the hearing for the purpose of conducting discovery.  There is no trial date set and no scheduling order.

### V.
### NO PREJUDICE IS CAUSED REVERSING THE UNLAWFUL DETAINER

Finally, Defendant, LYONA DAVIS desires to go home. Ms Davis She was illegally evicted from her home. She IS  HOMELESS. This will allow her case to go forward, and allow her to regain her TITLE at property at 2151 Eucalyptus Avenue, Long Beach, California. LYONA DAVIS has resided for nearly twenty-five years on Eucalyptus. She is a community activist. Her legal rights as a mother to a solider (Christopher Nevin Davis) in the Iraq war were violated by Judge Roy L. Paul, Attorney John Greene, and Attorney Julie Gaviria. LYONA DAVIS should not have been evicted from her home of nearly 20 years from a loan that was 3

MONTHS OLD with a forged Deed of Trust. Her trial continued while she

was in a proper Chapter 7 Bankruptcy.  Candice and Rasche Frank Rasche

loan was 3 months OLD. This was never mentioned in trial. We need to

continue to raise this  important fact. Attorney John Greene alleged at trial LYONA

DAVIS borrowed $50,000.00 35,000.00 and $30,000,00.  None of these statement

were objected to nor did he ever show

(1) any notes to these loans

(2) alleged $58,133.66  payment for LYONA DAVIS million dollar home.

(3) Notices of Default notices,   There was a Union Bank loan on the property for

nearly twenty which was currently paid until Frank and Candice Rasche put their

name on title.

    First Title Company owed by Ron Berman and Gateway Title owned

by Michael Henschel never notified LYONA DAVIS of Transfers of her

Title with their companies, and First Title Company had only been in

business ONE DAY with no business license.

    Gateway Title(Michael James Henscehel is a convicted felony) as

well as is currently under investigation for FRAUD for taking my home

along with many other Americans with the DISTRICT ATTORNEY .

LYONA DAVIS never was given/sent/ served a NOTICE OF DEFAULT,

NOTICE OF SALE  POSTED,  NOTICE OF TRANSFER OF TITLE FROM

EITHER TITLE COMPANY, NOTICE OF UNLAWFUL DETAINER SERVED

or was there a NOTICE OF SALE on record with the Los Angeles County

Recorder until nearly 7 months later when the Unlawful Detainer took

place along with the filing of the Complaint on June 1, 2005.  Plaintiff Lyona Davis

prays for the sanctions and return of personal property as well as her million dollar

real property (her home.)

All of LYONA DAVIS' personal property was taken because she would not sign the

release of her Les Pen dens and complaint against Candice Rasche.  It is the belief of

LYONA DAVIS, that the City of Long Beach made it possible for Candice Rasche to steal

LYONA DAVIS real and personal property by not protecting her under the law and the

Long Beach jurisdiction court not allowing her to receive" due process under the law"

LYONA DAVIS is asking the for return of her personal property pursuant to the rules of

Civil Procedure in Chapter 13 Bankruptcy.

---

**The Court is aware Ms. LYONA DAVIS has been poorly served by a prior counsel as set forth in the US Trustee's Motion for Disgorgement of Fees paid to debtor's Attorney held 9-31-06**

---

I, Lyona McPherson Davis swear under penalty and perjury under laws of the

State of California that all of above statements are true.

Respectfully Submitted,

By Lyona McPherson Davis
                                                        Propera Persona

*Dated February 13, 2008*

LYONA DAVIS
P.O. BOX 16003
LONG BEACH, CA. 90806
Telephone: ( 562) 218-5700
Facsmile:      (562) 218-5712
E-Mail :
Womenwritestoprivacy@hotmail.com
Attorneys for Plaintiff
LYONA DAVIS -
PROPRIA=PERSONA
LAW OFFICES OF DAVID S. HAGEN
DAVID S. HAGEN - SBN 110588
eNCINO, cALIFORNIA 91436-1785
(818)990-4416
fAX (818) 990-5680

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# Equipment or Asset of Women Writes to Privacy DBA Wrigley Bulletin and News

On September 19, 2005 I was illegally evicted from my home.  My previous attorney Julie Gavirnia was brought us on charges December 21, 2006 by the United States Justice Department.

This is a partial list of items stolen on Wednesday, Thursday, Friday, Saturday, Su;nday on February 15, 16, 17, 18, Candace and Frank Rasche, Bradley Hughes, and Michael James Henschel

Currently Frank and Candace Rasche are adding on to my historical home without clear title, without approval from the Historical Permit Borad, without court approval.

## In home at 2151 Eucalyptus Avenue
## Long Beach, Ca. 90806

## COST    GARAGE
$1300.00 2 tall file cabinets of Wrigley Bulletin and News clients
$1890.00 small file cabinet with Wrigley Bulletin and News clients
$ 5000.00 Full Size  Antique Ping pong table
$2500.00 Antique Refurbish Merrill and O'Keefe)
$5000/00 1919 Century Antique Brass Bed with foot and head
$7000/00 1 mahogany table with two leaves and four chairs
$6500.00 1 white wooden French table with glass top and four French chairs
$2500.00 1 white desk executive with extension curves
$ 1500.00 1 French double door white
$2000.00 2 French single doors
$1000.00 1 French door for back door
$5000.00 1 Chinese curve sofa
$1500.00 1 large coffee table with four pieces of smoke glass
$2000.00 6 oak shelves
$3000.00 1 trunk of baby clothes
$ 1200.00 1mahogany baby bed
$4000.00 1 antique mahogany side dresser
$5000.00 1 antique red curio cabinet
$1200.00 1 mahogany sofa table ( long and narrow) with 2 tiers

1

$5000.00 1 complete set of phones business phone
$10,000.00 1000 pieces of Christmas ornaments from Africa, China, Europe, and America
$2500.00 1 glass coffee table ( it sits on two wrought iron palms)
$1500.00 1 blue and white oriental rug 12x16
$3500.00 1 antique green floor lamp
$4500.00 5000 campaign signs
$200.00 1000 campaign sticks
$1,000,000,00       10,000 Wrigley Bulletin and News Archives newspapers
$1000.00    3 sets of luggage Designer (a total of 10 pieces of luggage)
$500.00 Easel mahogany frame
$1500.00 Antique mahogany 1920 telephone table
$1500.00 Antique mahogany 1929 television table
$10,000.00 $100 toys (mostly metal trucks and toy tanks) that belonged to my son Christopher Nevin Davis, and many had been his father's Geary when he was child.
$500,000.00 Personal archived tax return documents from business and home
$500.00 10 different size picture frames

## TOOLS  IN GARGAGE
$2500.00       3 different kinds of ladders
1 wooden
1 triple folding aluminum
1 long tall aluminum
1  step ladder
$300.00 2 very long orange extension heavy duty cords
$2500.00 1 mahogany antique screen door
$400.00        4 shelves
$400.00 3 long handled folks for the yard
$400.00 4 shovels
$400.00 6 different types of brooms
$400.00 10 gallon can of lamp parts

2

(25 buckets of Christmas ointments) already priced

$ 400.00   10 gallon of nails

$400.00 10 gallon of screws

 $400.00 10 cans of paint for the house

$400.00 4 different types of screw driver sets

$1000.00 Cordless, and with a cord

$500.00 Black and Decker drill set

$1000.00 1000 or more screws, and screw driver sets

$400.00   5 racks for yard

THESE ARE DIFFERENT FRENCH DOORS, (second set)

$5000.00   5 types of Antique French doors

2 small one with our double

2 single small French door

1 over size one

$2500.00   1 brown, white and ivory shaggy rug 16x20

$500.00   1 bike girl's new bike with white basket

$10,000.00 1 teak round coffee table from Polynesian


**BACK YARD**

$1000.00 20 terracotta planters on Bar-be-cue bit

$700.00 7 porcelain plant animals down back stairs

$250.00 1 large yucca plant in large terracotta pot

$500.00 4 Herb gardens and fresh flowers

$1500.00 Bar be cue pit

**$5000.00 Avocado Tree**


**EXTERIOR PATIO**

**$200.00  1 sun plaque made of terracotta**

$400.00 1 new barbecue grill

$1200.00 1 large size oak church bench

$1500.00 1 medium size oak church bench

$100.00 1 large folding table

$1000.00 1 bucket with clothing for son and his infant toys

$ 100.00 1 card table

$1000.00 1 three seat bench made of leather

3

$400.00 4 porcelain planters
$100.00 1 sun porcelain decoration
$500.00 3 stand planter stands with porcelain pots and plants
$5400.00 1 exercise bench
$1000.00 Long Planters of plants
4 folding chairs (already priced with matching folding table above)
Exercise bench and exercise equipment
$1200.00 1 bench with three leather chairs attached

**FRONT PATIO**
$$600.00 3 large terracotta pots with plants on landing with saucers
$100.00 1 purple swan planter in platter

INSIDE FRONT PATIO
$5000.00 5 large terracotta pots with plants

OUTSIDE FRONT SURFACE PATIO
$1000.00   3 large terracotta pots

FRONT YARD
$300.00 Hose and cabinet for water hose
$300.00   3 medium size terracotta pots

FRONT DOOR
$25,000.00 OAK CUSTOM MADE FRONT DOOR WITH GLASS

INSIDE COVE AT FRONT DOOR
$1000.00 1 large jade plant given to me as a wedding gift


REST OF EXERCISE BENCH EQUIPMENT IN GUEST
BEDROOM (all of the various size weight and lifters)

# LIVING ROOM

$1,000,000,00 Son's Antique Baby Grand Piano and bench from grandmother

$3500.00 Oriental Blue and White area rug

$2500,00 Mahogany Sofa Table with smoke glass tops (3 pieces of glass in table- the center is large,…ea side smaller)

$1,000,000,00 Tiffany blue lamp great-grand mother

$1000,00 Large Zebra

$100,000.00 Lite Chippendale Antique MagohanyCabinet with 5 Pieces of collectable Yardo in it from Spain

$10,000.00 3 Tier leg Duncan Fife leather antique table

$4,000,000,00 1 Statute Girl made of marble from great –great grandmother

$10,000.00 1 Ivory Plate given to me as gift when I taught in China

$1,500,000.00 1 Ivory set of Elephant tusks given to me in Africa

$1,000,000.00 Ivory girl given to me by deceased grandmother

$1.000.000.00 Grandmother's Oak Mantle

$1000.00 2 small lamps on mantle with cream shades

* (cannot place value infinite price)25 family photographs on cove by fireplace in brass frames

$500.00 Solid antque brass Fire place set

$1500.00 Fire place brass covering

$5000.00 1 teak elephant from Accua, Ghana

* (cannot value priceless) 1 Family Bible from deceased father

* cannot value pricess) 2 personal photographs with President Clinton on Baby Grand Piano

* cannot place value all are deceased)5 personal autographs books from friends who have published novels

$100,000.00 3 Oriental Paintings on rice paper from Kaohsiung, China

$100,000.00 portraits in original cultural attire from Japan

$5000.00 2 Oriental Planters with large pants

$100.000.00 2 Rice Paintings ( these are not framed, came from Kaohsiung, China

* (infinite value)3 China Blue Ginger Jars with brass stands gifts from students in China

* (infinite value) 3 Oriental Display plates on Grandmother's mantle

* infinite value) 6 Brass miniature ashtrays two brass flies, two turtles, two crabs

* (infinite value)  1 large Brass Crab

* (infinite value)  1 large Brass Tea Pot

*( infinite value)  1 large brass plaque Destination of Wrigley *

*(infinite value) Historical Landmark with ex-husband and my name on it

*(infinite value) 1 large Brass plate with stand

*(infinite value) 1 large Brass vase with black stand

*(infinite value) 1 oversize Japanese Blue and White Plate from President of China

*(infinite value) 1000 photo of Japan, China, Korea, and Tailand

*(infinite value) 1 book of Oriental trip

*(infinite value) 1 book of Cheerleader awards

*(infinite value) With oriental black stand

$200.00 5 brass oriental stands

$10,000.00 4 huge inside plants

$2500.00 1pastel green Oriental rug 5x7 in Prayer room

$6500.00 1 white, rose, and green Oriental rug 10x12 in Master Bedroom upstairs

*(infinite value) One oak desk-great-great grandmother

*( infinite value) 1 set of ivory tooth picks sticks made like alligators was given to me as gift from students in China

$2,000,000.00 2 Original Painting one over sofa,( African Monkey Bridge in Monrovia, Liberia)

one over mantle of horses at Kentucky Derby original painting by Shoemaker

*( infinite value) The Girl painting given to me by great-great-great grandmother ( not framed)

$100,000.00 2 African Paintings from sister in Monrovia, Liberia (West Africa)

$25,000.00 One love seat and one sofa with Down cushions and silk fabric

$1, 000,000,00 One small  antique end table that is a music box

$2,000,000.00 Two antique end tables on each side of large sofa great-great-grandmother

$10,000,000.00 1 personalized book from President Clinton (photographs of campaign)

$10,000,000.00 1 personalized book from President Clinton's mother

$10.000,000.00 1 personalized book from First Black to live in George Town, District of Columbia (Washington D. C)

*(infinite price) 1 published book of poems with my poetry in it

$200.00 1 book of King Tut

* infinite price) 1 book of the Greatest Painting In The World

$5,000.00  1 African Heritage Family Bible my personal bible (not the one given to me by my dad

*(infinite price) 2 lacquered Oriental pictures with Jade of women

$2,000,000.00 African Painting of scene in Africa in the "Bush: hanging in Prayer room

$300.00 Painting of Jesus—The Soul

$300.00 Painting of Jesus carrying girl and her baby on the beach

*( infinite value) 50 Pictures of my son Nevin as he grew up modeling and with awards in various sports, 12 awards from son Nevin Ice skating, Swimming competitions, Karate, Soccer, and depute of swimming awards, and Regional Champions for West District in Soccer

pictures of my deceased grand mother, pictures of my deceased grand father, pictures of my deceased God Father,

*(infinite value) 1 Family Portrait of Girls

## AWARDS

*(infinite price) Framed invitations from the Clinton White House Inaugurations 1992 and 1997 on wall

$10,000,000.00 Personalized signed Christmas Cards from President Clinton and Hillary Clinton each year he was at White

20 personalized letters from President Clinton, and staff during White House Years

*(infinite value) Framed Poetry on Late Secretary of Commerce Ron Brown

*(infinite value) Framed Photograph of the Congressional Black Caucus

*(infinite value) Photo Album of All State Cheerleader and City-Wide Champions as teenager

*(infinite value) 20 awards from President Clinton and White House Cabinet,

*infinite value) Award from The Late Secretary of Commerce Ron Brown, Awards from University of California-, Awards from Democratic Party, Awards from Pulitzer, Award from State

*(infinite value) Assembly, Award from Congress, Award from Congress woman McDonald,

*(infinite value) Awards from People Republic of China-Chairman Moa, Photo Albums from teaching in People Republic of China,

*infinite value) Award from Chicago School District,

$300.00 Award from Long Beach Chamber of Commerce,

$300.00 Award From Long Beach School District,

* (infinite value) Framed Award from the International Society of Poets

$300.00 Awards from SCE, (Southern California Edison)

$300.00 Award from Mayor Ernie Kell of Long Beach,

$300.00 Award from NAACP, Long Beach Chapter,

*(infinite value) Award from Secretary of Defense, 1000 photographs of President Clinton and his cabinet members. Invitations to The White House Ceremony, Christmas Cards from the White House,

Invitations from:
*infinite value) of Jackie Onassis Funeral
*infinite value) of John F. Kennedy Jr. Funeral
*(infinite value)President  Ronald Reagan and letters (funeral)
* (infinite value)President Richard Nixon (funeral)
* (infinite value) President Clinton's mother, Virginia Clinton Kelly
*(infinite value) Letters and photos from Virginia Clinton Kelley)
*( infinite value) Jackie Kennedy Onassis (letters)
*( infinite value) President Jimmy Carter and letters, and photos
* (infinite value) President George Bush letters and photos
*(infinite value) Lady Diana of England letter and photos
*( infinite value)Personal Letters from President Clinton and photos
* (infinite value) Letters from his mother, Virginia Clinton Kelly, entire family
*(infinite value) Letters from his step father, Richard Kelly
*(infinite value) Letters from President Clinton's his friends and family
* (infinite value)Letters from National Photography Gallery and **
** (infinite value) Credentials 20 years
10,000 Credentials from ceremonies, event, the Wrigley Bulletin has covered from 1989 to 2000
** (infinite value)10,000 documented editions of the history of Long Beach
*(infinite value) (novel) to be published
*(infinite value)Manuscript of novel, "Bubble Gum Alley" to be published
$100,000,000.00 Collection (5000) of Antique Bags from nineteen century to present (Manuscript to be published) in Guest Bed Room/Pantry/ Closet/ and Office

*(infinite value) History of Wrigley Historical District
*(infinite value) Photographs of Wrigley Historical Homes

9

\* (infinite value) Destination Awards and 1989 Ceremony and Awards

\* (infinite value) Destination Ceremony and plaque

$5000.00 10 bass pots, tea kettle, plates, and stands

$10,000.00 2 large brass deer on mantle in living room

$8000.00 4 hand blown Blue vase in living room

$125,000.00 Antique table in window with large white basket plant ( secretary) great-great-great grandmother's and lace table cloth

$2500.00 1 small sofa

(already priced) Sofa Table is behind sofa with blue Tiffany lamp

$ 50,000.00 1 floor lamp with marble and brass base , the marble lites up, belonged to great-great great parents

$2,000,000,00 great grandmother's  antique Chippendale chairs checkered blue

$2500.00 1 large Queen Anne chair light pink

$10,000.00 1 hand craved teak chess set and table from Africa

$5,000.00 1 large salt ivory set 3 leg-gift from students in China

\*(infinite value) 1 ivory woman statue great- great grandmother

$3000.00 1 antique side board

$2000.00 Oriental flower pots made of brass

$15,000.00 large sofa table that sits on the Oriental Rug

$ 2500.00 1 complete stereo set with large adobe speakers

$3000.00 3 small teak elephants gifts from students in China

**DINNING ROOM**

\* (infinite value)1 marble elephant and smaller elephant (wedding gifts)

\*infinite value)1 leather pillow for Ghana (inside are hand made silk pillows from mom

$10,000.00 1 server in window with flowers and beautiful Ginger colorful vase

$5,000.00 1 Side Board Server next to wall coming from Living Room

$1500.001 crystal bird (barrack crystal)

$50,000.00 1 Duncan Fife table with Chippendale chairs 6 side chairs and 2 armed chairs with pink bottoms- I had this hand made from Pacific Design Center in Los Angeles

$100,000.00 2 Pink Queen Anne Chairs from Grandmother's home who is now deceased

$60,000.00   6  Antique Crystal lamps( Each hanging in halls, bedrooms, dining office, and prayer room)

 $2500.00 1 server

$40,000.00 4 etching painting hanging beside server (2 on wall by curtains)

$30,000.00 One painting of elephant another painting of Miles Davis by artist La Curtis Doodley

$20,000.00 One painting of Olympic Massacre in Germany 1972

$1,000.00 One painting of Paris behind Display Cabinet

*(infinite value) One painting of Husband Geary H. Davis center of Display Cabinet

* (infinite value)One painting of Son-Christopher side of display Cabinet

 $5,000.00 5 unhung paintings behind display cabinet

$10,000.00   1 painting of The Blue Lady by Master Michael Angelo

$10,000.00   1painting signed by artist-Award from Napa Valley Vintage

$25,000.00 25 Avon bottles made in the 50's

$100,000.00 25 African Statues from deceased father

$60,000.00 6 crystal Decanter from deceased grandmother

*(infinite value) Painting of husband

*(infinite value of birthplace that is now destroyed by flood. 1 painting from New Orleans

* (infinite value) 1 painting from Olympics in Germany

 * (infinite value) 2 painting from close friends as gifts

 $300.00 2 vases

$500.00 1 large arrangement of flowers

$10,000.00  large antique chandler over sofa table from great-great-grandmother

$300.00 2 televisions
$2500.00 3 sets of sterling silver flat ware
$100, 000,00 set of sterling silver candle sticks with three tear
handles from England
$250.00  set of glass candle sticks with three tear handles
Chandler over the Dining Room Table
$250.00 1 set of pink candle sticks with single handle
$100.00 1 set of glass candle sticks with single handle
$4500.00  24 crystal water gobblers and drinking glasses

$4000.00 1 antique silver tea and coffee server with silver tray
$10,000.00 1 sterling silver pitcher
$1500.00 1 silver butter dish
$10,000.00 1 sterling silver coffee container
$10,000,00 1 silver sugar holder

$10,000.00 10 sets of napkins white, red, cream, lace, green,
yellow, pink, white and purple
$500.00 5 sets of candles
$500.00 1 large Santa candy bowl
$120.00 1 crystal bowl with candy
$2500.00 1 crystal barrack angle
$ 2500.00 1 crystal barrack dove
$2000.00 2 flower solid brass stands
 $7500.00 1 Mahogany Curio large Display Cabinet
$10,000.00 1 side board with dishes and accessories
$35,000,00 1 large  original Persian Rug
$5000.00 2 Large Antique Pink Queen Anne Chairs
 $10,000.00 1 Marble lamp (great-great-great grandma)
$10,000.00  1 marble table
$ 1000.00  2 marble tables
$5,000.00  4 oil painting hanging between Cabinet shelves
$1500.00  8 glass large plates on bottom of shelf
$450.00 1 small antique bench underneath cabinet with pink
custom

## FOYER
*(infinite value) Award Oriental (Long style Painting given to me by students in Kaohsiung, Taiwan (Peoples Republic of China)
* (infinite value) Award Painting given to me by artist, signed
* (infinite value) 1 hand made chandler with eggshell covering with brass
* (infinite value) 100 achievement photos up stair case in oak frames
$ 1200.00 1 Oriental rug blue at foyer door
( already price- 1 oval shape door made of oak with crystal glass
*(infinite value) Hand made chandler (I made the chandler)
$10,000.00 2 Oriental tables lamp table with ivory and jade craving
$7500.00 2 marble lamps
$2500.00 1 hall table with glass made of wood
$25,000.00 one Indian girl hand craved from Pequot Tribe
$750.00 1 Tiffney lamp on table
$25,000.001 large mirror trimmed in brass ( great grand parents)
$100,000.00 10 hall paintings ( one of the and tapestry painting
$20,000.00 1 Serving table next to sofa

## OFFICE
5,000,000.00 24 caret gold bird from deceased great-grandmother
* (infinite value)1 coffee cup from The White House
* (infinite value) 1 coffee cup from SCE
* infinite value) 1 coffee cup from Governor Davis
*(infinite value)1 music award of son Christopher
*( infinite value) Set of first bowl of son Christopher
*(infinite value)Hand made chandler
Chair
$ 2,500.00 Two part desk-upper and lower oak desk set
*(infinite value) Press Credential from President Clinton First Inauguration

* (infinite value) Photos of President Clinton family with me in Arkansas
* (infinite value) Photo of Governor Davis and Me
* (infinite value) Photo of the Opening of the Blue Line in Long Beach
*(infinite value) Crystal Bird from deceased Grandmother
$ 900.00 2 bar stools
$ 50.00 Oak Clock
*(infinite value) Award from deceased Secretary of Commerce Ron Brown, widow
$100.00 Lace Curtains
* (infinite value) 10,000 Stocked Newspapers and photographs
* (infinite value)Roller Desk of All of my Clients
$100,000.00  5 Cameras 35 mill and digital
10 mill camera I used throughout the years with the Wrigley Bulletin.  (They are on display in my office cabinet)
5 Flash to accompany the cameras
$1500.00     2  oak chairs in kitchen with matching oak and wrought iron table legs
$400.00 Tapes,
$400.00 Recorders
$2500.00 Real Estate Tapes and Books
$300.00 2 Line Telephones
*(infinite value) Corporation Documents
$20,000.00  6 Computers ( l laptop)
* (infinite value) 5000 Photographs of events we have cover through the years
$100,000,00 10 lamps three of these lamps are marble and brass, one solid floor brass lamp with matching lamp shade, 2 floor lamps one green
 * (infinite value) 2000 White House Clinton years documents and Stocked editions of Wrigley Bulletin and News
$6000.00 1 Hand made Drafting Table with under light
$2000.00 10 drafting rulers
*(infinite value) 50 brief cases and purses from collection of purses

$500.00 Two long shelves
*(infinite value) 6 boxes with documents
* (infinite value)25 photographs and achievement awards in
$5000.00 custom cabinet in office with four glass doors
$ 200.00 2 scanners
$250.00 2 bar stools
$15,000.00 3  Laser Printers
$9500.00 1 G 4 Mac Computer
$1500.00  Oak with tier and desk
* (infinite value)3 Family portraits
* (infinite value)5 Awards
$400.00 5 large hard back dictionaries
*(infinite value)  4000 stocked photographs and 1960-2000 archive
editions of the Wrigley Bulletin and News
$ 400.00  12" television
$40,000.00 1500 books and references
 $100.00 Glue guns for pasting
$20.00 100 Pencils
$40.00 100 Pens
$100.00 5 Paper weights
$200.00 1 reading lamp
$1000.00 paper supplies-staplers-
$100.00 1 shelf ten feet long
$500.00  storage boxes of Wrigley Bulletin and News Goods
*(infinite value)Etching of family (three individual pictures)

**GUEST BATHROOM**
$5,000.00 5 hand blown glass vases on display cabinet
$1500.00 40's bowl with hand towels
$250.00 14 white hand towels in rack
$2500.00 Painting of Chicago over sink
*( *infinite value*) *WEDDING GIFT*- 3 Copper Butterfly
$500.00 Plant is Antique 40's bowel next to stool
$1500.00 Painting of Calloder works over display cabinet

* (infinite value) 3 Wedding Gift Painting of California scenery on wall
 $2500.00 Silver Hanging organizer and matching mirror
$1500.00 Toilet stand curio with compartment for storage
* (infinite value) Photo of my son

**KITCHEN**
*(infinite value)WEDDING GIFT- 6 Painting of African Birds from Chicago Museum of Art with history on wall
(Already priced) Small Kitchen table with 2 white leather chairs
$500.00 8 lace curtain made for kitchen, laundry room
$1500,00 Double Stainless Steel sink
$2000.00 Refrigerator
$2500.00 Stove with attached microwave oven
$1800.00Dishwasher
$900.00 Garbage Disposal
$1200.00 2 Micro Waves
$80,000.00 15 Oak Kitchen Cabinets
* (infinite value)200 Stocked Editions of Wrigley Bulletin and News in the kitchen
$ 2500.00 5 Sets of Glass Ware
$1500.00 4 Sets of Stainless steel Flat Ware
      1 Gold
      1 Sterling Plated set
      2 Stainless Steel set
$5000.00 10 sets of napkins and napkin rings
$150.00 1 set of silver candle holder not sterling
$1500.00 5 sets of cups and saucers
$200.00 1 radio cassette player
$500,00 1 19" television
$3500.00 5 Piece Set of Copper Cook Ware
$350.00 6 Piece of Stainless Steel
$10,000.00 5 Pieces of Heavy Duty Cook Ware from England
$ 400.00 2 Glass steamers
$ 200.00 1 Glass coffee pot

$20.00 2 Glass pie plates
$400.00 12 tall crystal water glasses
$100.00 12 small water glasses
$2500.00 10 different size serving crystal trays
$200.00 copper and glass tray
$1000.00 10 set of crystal salt and pepper sackers
$2500.00 1 crystal punch bowl and 24 cups with serving spoon
$2500.00 5 glass large serving platters
$100.00 10 pie pans made of aluminum
*(infinite value)1 caste iron skillet belonging to deceased great-great-great- grandmother
* (infinite value) Coffee Pot
$150.00 3 Glass Jars with rice, beans, and sugar
$80/00  new white toaster
$500.00 50 green plastic serving plates used at family picnic
$200.00 (2) 5 Piece Sets of knives
$4000.00   3 Piece set of Copper Serving Pots
$300.00 1 large Roasting Pan
$300.00 1 large lobster Pot
$500.00 1 Christmas Cookie Santa Claus
$200.0 00 1 large serving white serving platter
$400.00 1 glass serving dish with stand
$500.00 1 crystal three tier dish
$2500.00 6 crystal dishes for serving
$3000.00 24 blue stem ware water gobbles
$3000.00 24 wine blue stem ware
$400.00 6 crystal bowls
$600.00 6 glass wine glasses
* (infinite value) 6 Congressional Black Caucus Wine Glasses
$100.00 Pop Corn Popper
*(infinite value)Son's first baby, plate, cups and glasses from the Peter Rabbit Series

*(infinite value)5 Sets of China of antique glasses and cups

*(infinite value) Invitation to President Clinton 1993 Inauguration

* (infinite value) Display cabinet with glass top

* (infinite value) Photo of Governor Davis and Me

* (infinite value) Photo of the Opening of the Blue Line in Long Beach

*(infinite value) Crystal Bird from deceased Grandmother

$ 900.00 2 bar stools

$ 50.00 Oak Clock

*(infinite value) Award from deceased Secretary of Commerce Ron Brown, widow

$100.00 Lace Curtains

* (infinite value) 10,000 Stocked Newspapers and photographs

* (infinite value) Roller Desk of All of my Clients

$100,000.00  5 Cameras 35 mill and digital

10 mill camera I used throughout the years with the Wrigley Bulletin.  (They are on display in my office cabinet)

5 Flash to accompany the cameras

$1500.00      2  oak chairs in kitchen with matching oak and wrought iron table legs

$400.00 Tapes,

$400.00 Recorders

$2500.00 Real Estate Tapes and Books

$300.00 2 Line Telephones

*(infinite value) Corporation Documents

$20,000.00  6 Computers ( l laptop)

* (infinite value) 5000 Photographs of events we have cover through the years

$100,000,00 10 lamps three of these lamps are marble and brass, one solid floor brass lamp with matching lamp shade, 2 floor lamps one green

 * (infinite value) 5000 White House Clinton years documents photos, letters,  and Stocked editions of Wrigley Bulletin and News

$6000.00 1 Hand made Drafting Table with under light

$2000.00 10 drafting rulers

*(infinite value) 50 brief cases and purses from collection of purses

$500.00 Two long shelves
*(infinite value) 6 boxes with documents
* (infinite value)25 photographs and achievement awards in
$5000.00 custom cabinet in office with four glass doors
$ 200.00 2 scanners
$250.00 2 bar stools
$15,000.00 3  Laser Printers
$9500.00 1 G 4 Mac Computer
$1500.00  Oak with tier and desk
* (infinite value)  3 Family portraits
* (infinite value)  5 Awards
$400.00 5 large hard back dictionaries
*(infinite value)  4000 stocked photographs and 1960-2000 archive
editions of the Wrigley Bulletin and News
$ 400.00  12" television
$40,000.00 1500 books and references
 $100.00 Glue guns for pasting
$20.00 100 Pencils
$40.00 100 Pens
$100.00 5 Paper weights
$200.00 1 reading lamp
$1000.00 paper supplies-staplers-
$100.00 1 shelf ten feet long
$500.00  storage boxes of Wrigley Bulletin and News Goods
*(infinite value) Etching of family (three individual pictures)

**GUEST BATHROOM**
$5,000.00 5 hand blown glass vases on display cabinet
$1500.00 40's bowl with hand towels
$250.00 14 white hand towels in rack
$2500.00 Painting of Chicago over sink
*( infinite value) WEDDING GIFT- 3 Copper Butterfly
$500.00 Plant is Antique 40's bowel next to stool
$1500.00 Painting of Colluder works over display cabinet

20

* (infinite value) 3 Wedding Gift Painting of California scenery on wall

 $2500.00 Silver Hanging organizer and matching mirror

$1500.00 Toilet stand curio with compartment for storage

- (infinite value) Photo of my son
- MASTER BATHROOM
- $ 1600.00 2 LARGE ORIENTAL PRINTS in black lacquered fames
- $2000.00 1 LARGE OIL PAINTING WITH GEESE
- $500.00 THREE SMALL OIL PAINTINGS
- $1400.00 ONE OIL PAINTING OVER TOILET
- $2000.00 ONE DISNEY ORGINAL IN BATH
- $ 80.00 BASKET OF TOWELS
- $ 800.00 ONE BLUE DESK WITH
- $1000.00 20 BODY OILS
- $2999.00  20 LOTIONS
- $1999,00 PERFUMES
- $ 500.00 SOAPS
- $500.00 TOWELS
- $ 500.00 HAIR PRODUCTS
- $100.00 HAIR BARETS
- $ 20.00 BOBBIE PINS
- $ 200.00 RIBBONS
- $2000.00 CURLING IRONS
- $1000.00 HAIR OILS
- $200.00 FINGER NAIL POLISH KIT
- $500.00 MAKE UP BRUSHES
- $ 50.00 COMBS
- $ 100.00 SHOES PASTE
- $200.00 SHOE POLISH KIT
- $400.00 BLUE BOYS BUBBLE BATH SET
- $1000,00 COLOGUE SPLASH SETS
- 4240.00 E;LECTRICAL HAIR REMOVAL SET

- $100.00 FINGER NAIL SET
- $5000.00  100 DIFFERENT MAKE-UPS
- *(infinite value) GRANDMOTHER'S PERFUME BOTTLES
- $150.00 PERFUME MIRROR

**KITCHEN**
Custom ceiling panels 15 of them
*(infinite value)WEDDING GIFT- 6 Painting of African Birds from Chicago Museum of Art with history on wall
(Already priced) Small Kitchen table with 2 white leather chairs
$500.00 8 lace curtain made for kitchen, laundry room
$1500,00 Double Stainless Steel sink
$2000.00 Refrigerator
$2500.00 Stove with attached microwave oven
$1800.00Dishwasher
$900.00 Garbage Disposal
$1200.00 2 Micro Waves
$80,000.00 15 Oak Kitchen Cabinets
* (infinite value)  200 Stocked Editions of Wrigley Bulletin and News in the kitchen
$ 2500.00 5 Sets of Glass Ware
$1500.00 4 Sets of Stainless steel Flat Ware
        1 Gold plated set
        1 Sterling Plated set
        2 Stainless Steel set
$5000.00 10 sets of napkins and napkin rings
$150.00 1 set of silver candle holder not sterling
$1500.00 5 sets of cups and saucers
$200.00 1 radio cassette player
$500,00 1 19" television
$3500.00 5 Piece Set of Copper Cook Ware
$350.00 6 Piece of Stainless Steel
$10,000.00 5 Pieces of Heavy Duty Cook Ware from England
$ 400.00 2 Glass steamers

$ 200.00 1 Glass coffee pot
$20.00 2 Glass pie plates
$400.00 12 tall crystal water glasses
$100.00 12 small water glasses
$2500.00 10 different size serving crystal trays
$200.00 copper and glass tray
$1000.00 10 set of crystal salt and pepper sackers
$2500.00 1 crystal punch bowl and 24 cups with serving spoon
$2500.00 5 glass large serving platters
$100.00 10 pie pans made of aluminum
*(infinite value)1 caste iron skillet belonging to deceased great-great-great- grandmother
* (infinite value) Coffee Pot
$150.00 3 Glass Jars with rice, beans, and sugar
$80/00  new white toaster
$500.00 50 green plastic serving plates used at family picnic
$200.00 (2) 5 Piece Sets of knives
$4000.00   3 Piece set of Copper Serving Pots
$300.00 1 large Roasting Pan
$300.00 1 large lobster Pot
$500.00 1 Christmas Cookie Santa Claus
$200.0 00 1 large serving white serving platter
$400.00 1 glass serving dish with stand
$500.00 1 crystal three tier dish
$2500.00 6 crystal dishes for serving
$3000.00 24 blue stem ware water gobbles
$3000.00 24 wine blue stem ware
$400.00 6 crystal bowls
$600.00 6 glass wine glasses
* (infinite value) 6 Congressional Black Caucus Wine Glasses
$100.00 Pop Corn Popper
*(infinite value)Son's first baby, plate, cups and glasses from the Peter Rabbit Series

*(infinite value) 5 Sets of China of antique glasses and cups

\* (infinite value)10 sets of crystal 1 CHINA CABINET OPEN WITH ARTIFACT AND CRYSTAL DISPLAYED

$ 4000.00 3 bubble food warmers

    One with dome top

    One with electric skillet

    One with candle warmer

$500.00 One fondue dish

$800.00   One serving tray

$400.00 One white soup server and ladle

$500.00 One stainless steel dish and serving stand

$500.00 One silver serving dish and stand

$500.00 2 Large platters

$2500.00 10 piece of set of corning ware

$10 different type of glass bowls for serving

$450.00 Crystal sugar and creamer from grandmother

$10,000.00 A set of 24 crystal ware

    Bowls

    Saucers

    Cups

    Plates

    Glasses

$1000.00 12 Glass mugs

$1000.00 12  Glass mugs cups

$600.00 1 juicer

$450.00 1 electric skillet

$350.00 1deep dish crab pot cooker

$250.00 1 deep fryer

$3000.00 6 different size trays for serving

$200.00 2 can openers

$2300.00 1 chef magic

$80.00 1 can opener


**MASTER BEDROOM-**
**$1200.00 Kenmore Sewing Machine**

*(infinite value)300 year old brass and mahogany bed with inlaid imported woods (great-great-great grandmother)

*(infinite value) Chinese jewelry box  bass and teak wood.  It has three compartments.  Two draws and top for rings.

* My diamonds, opal, pearl,

* 18 carat antique watch given as wedding gift and torques rings were inside.  The Turquoise ring was given to me from decease Uncle Pete. He had it made from one of Indian Tribes there. It has matching necklace, ear rings and bracelet.

*(infinite value) Topaz necklace

*(infinite value) Topaz broche

*(infinite value) Topaz multi colored pendent

*(infinite value) Ivory ear rings

*(infinite value) Ivory necklace

* infinite value)Ivory bracelet

*(infinite value)White beads very long

*(infinite value) Ivory beads

*(infinite value) Pearl bead set from husband on 10 wedding anniversary

$7000.00 Ten  gold neck chains  of 14 carat gold

*(infinite value) 18 carat of nugget necklace from sister and brother law in Africa as graduation gift from undergraduate school Grandmother silver jewelry from her mother, Rena

* (infinite value) 1 red floor lamp with red aluminum shade

$500.00        1   22 caliber gun with bullets in brown bag

$5000.00        20 Collectable of Lacrosse shirts

$2000.00        100 bras

$3000.00        100 panties

$4000.00        20 night gowns

$2000.00        100 pair of shorts

$2000.00        100 T- Shirts

$4000,00        100 Pair of jogging sets

*(infinite value)        1500 of family photos

I was the historian for my family. I have photos of everyone, deceased father, grandmother, great grandmother, sister in Africa etc.

MATCHING BED SET $10,000.00

Night stand

Dresser with six drawers

High Boy Dresser

 * (infinite value) Antique Desk great grandmother

$10,000.00 Computer- printer- scanner-

$50.00 Pencils

$100.00 Pencil sharper

$600.00  19' Television set

* (infinite value)1 blessed throw from grandmother has angles throughout tapestry

**\*( infinite value) JEWERLY (Parital list)**

5000 pieces of antique jewelry from great grandmother- grandmother and mother

1 pair of green, blue, clip on ear rings

1 original        8 LARGE amber stone necklace from Africa

1 coral necklace with matching ear rings from China

Sterling  silver bracelet with charms from all over Europe

*Inifinte value 2000 slides of Asia- photos for novel, I taught English there in China

* infinite value Great great grandmother opal sterling silver ring

1 black pearl necklace with matching ear rings

1 black pearl necklace with blue sapphire stones

1 white stone necklace with matching ear rings

1 ivory necklace with matching ear rings from Africa

1 gold necklace with matching ear rings made in Africa

1 small gold set of ear rings made in Africa

1 set of green jade necklace and ear rings from Africa

1 sterling silver necklace and matching ear rings made in Africa

1 sterling silver bracelet from London, England with charms from all of the Europeans countries

(* infinite value)4 ruby necklaces and matching ear rings from great-great grandmother
* (infinite value)1 diamond horse shoe ring from mother
* (infinite value)1 set of diamond ear rings from husband
* (infinite value)1 set of perils and eye rings from mother
* (infinite value) 3 silver bracelets
* infinite value)  3 Gold sets of jewelry necklace- ear ring from sister in Africa
* (infinite value) My Wedding band
African jewelry
*( infinite value) 1 set of mother of peril from God mother on 18th birthday
*(infinite value) Wedding Album
*(infinite value) Family Album
*(infinite value) 1 gold watch from husband for 12th Anniversary
*(infinite value) 1 onyx ring from God Father for my son for his wedding day

$100,000.00        3 Mink  and 4 Fur Coats
        one long full length black diamond female
        *(infinite value) grandmother's one fox wrap with praws
        one Persian coat
        one mink (brown) wrap
        one mink beige jacket
        $2500.00 5 full length leather coat
        $1000.00 full length suede coat
        $ 400.00 one full length rain coat
        $ 2500.00 one  Russian Mink jacket
        $ 2000.00 two black suites by Albert Nipon with mink collars
        $5000.00    10 St John's knits designer knit suites
        $4000.00   5 suite assembles ( long coats with skirts)
        $4000.00  5 suite assembles ( long coats and dresses)
        $6000,00 20 different dress jackets
        $4000.00 One Louie Vitte Brief case

$500,000.00 2500 sets of Dresses and Suits multi colors

$500,000.00 200 sets of leather pants and suits in every color and shade, red, yellow, brown, green, white, black, purple,

$100.000.00 20 leather coats my favorite is leopard collar made of leather eather jacket I purchased with President  Bill Clinton's stepmother, "Marge"

$100,000,000.00   1000 pair of shoes- one in every color, one in every style with matching hand bags- leather, cloth,

$20,000.00   200 pair of boots in every style in every color

$20,000.00   200 long skirts to match sweaters and jackets

$20,000.00  200 sweaters to match pants and skirts

$400,000.00.  400 long dresses for business some with matching jackets

$10,000,00   100 mini shirts in cloth- every color every style

$30,000,00   30 mini suits in leather- every color, every style

$50,000,00 50 pair of sandals every color


$300,000.00    3000 pair of shoes

$250,000,00 25 Coats made Cloth for winter wear when I traveled back East to visit family

*(infinite value) grandmother/s One Set of Twin Beds

*(infinite value) One Antique Brass Bed of 200 years old One Bed Set

*(infinite value belonged to great grandparents 6 Chandeliers( one in foyer- one in dining room- one in each bedroom- one on the top of stairs- one in hallway- and one in office)

$3000.00 20 Sets of Bed Lining (Guest))

$3000.00 20 Sets of Towels (Guests)

$200,000.00  500 Books collection From renown poets like Chaucer, Poe,

*(infinite value) 2500 Sets of Historical Photographs

* $10,000.00 6 Oriental Rugs

*(infinite value) 5 Antique Desks (one in prayer room, one in master bathroom, one in master bedroom, one in office, one in guest bedroom, one in living room next to French Double Doors)
*(infinite value) 100 Awards and Plaques
Chippendale Coffee Table in Prayer sitting between two sleep sofas.
*(infinite value)2 Twin Beds and Sleep Sofa in Prayer Room
*( infinite value) Large Oak Book Case
$1000.00 20 Boxes of Paper
 $75.00 2 Staplers- One large- one small green
$ 7500.00 1 Drafting Table
 $ 3500.00 1 Set of Office Furniture
 $1500.00 1 Set of Storage Cabinets
$5000.00   1 Set of Phone Equipment with 6 phone
$3500.00 6 Telephones-I have two antique phones one in prayer room and one in foyer)
$1200.00 1 Double stainless steel sink in kitchen
* (infinite value) Great grandparents 1 mantle oak mantle
* (infinite value) 2 marble tables
4 marble table lamps with solid brass rings
5 Vases
5 Sets of Silk Flowers
5 Sets of Curtains
2 Oriental Tables
2 Bass Lamps in Office
4 Storage Book Shelves

Assets of Women Writes to Privacy
DBA Wrigley Bulletin and News

**STAIR CASE- oak and wrought iron had it made**
*(infinite value) 55 Photos in Oak frames along steps of Wrigley Bulletin and News and its achievements.  These photographs were used in campaign for Mayor's election in 1998

$2500.00 custom built Stereo inside of Living Room cabinets
$600.00 3 Radios
  *(infinite value) 5000 Vintage Designer Hand Bags (writing book on fashion)
*infinite value) 20 Family Albums
$3500.00 4 Sofa Tables
 $800,00 3 Plant Brass Stands
*infinite value) 20 Pieces of African Artifacts ( 6 pieces are placed on top of display cabinet in DINING ROOM)
*(infinite value) 20 Pieces of Antique Crystal Vases
$400.002 Stained Glass night lamps
 $400.00 (5) 8x10 Glass Picture Frames
$8000.00 2 Antique Huge Brass Reindeers
$3500.00 5 China Blue Vases with matching lids
$5000.00 5 China Blue Display Plates.
$200.00 1 Small  brown Refrigerator
$1000.00   15 Cases of Bottle Water
$450.00  1 large Folding Table

## GUEST BEDROOM
*(infinite value) 500 Toys belonging to my son, Nevin during growth years
$65,000.00 Antique twin Bed set with dresser and night stand
$25,00.00 (My son's first baby lamp) 1 hand made Blue Bubble Gum Gym Lamp with cartoon characters
$100.00 3 vases black lacquer
$2500.00 1 black desk with antique bags inside
$3200.00 oriental sofa with ivory custom cushions
*(infinite value) 100 of Match Box collectable trucks
*infinite value)50 Match Box collectable cars
* infinite value) 200 Trading Cards of Basketball Stars
*infinite value) 100 Trading Cards of Football Stars
* infinite value) 100 Trading Cards of Baseball Stars
* infinite value) 50 of my Barbie Dolls
*(infinite value) First Place Science Project of my son

$1200.00 Collection of Children's Encyclopedias
$500.00 Oak Book Desk and top extension
*(infinite value) Sets of The Star Wars collection
*(infinite value) 10 Tonka Metal Trucks (belonged to Geary Davis
(my son's father)
*(infinite value) 100 Match Box Collectible Cars from 1980
*(infinite value) 10 Star Wars Toys and figures
Set of Geometric Blocks by Martell for totters
$200.00 Building Blocks
*!000,00 10 electric cars (various sizes) some battery operated
*(infinite value) One train belonged to his dad 2 electric trains sets
* 600.00 1 cassette player with 12 books of telling stories
$100.00 Flash cards teaching alphabets
$100.00 Flash cards teaching multiplication tables
$100.00 Flash cards teaching division
$300.00 1 set of army toys over 100
*(infinite value) Alice in Wonderland color pencil set
*(infinite value) brass framed picture of son and his team as they
won Western Soccer Title
*(infinite value) 25 trophies of son in soccer
*(infinite value) 10 brass pictures of me with son as infant, child,
adolescent, and picture of his dad and he at High School
Graduation
*(infinite value)brass framed picture of Colleen Powell and friend
*(infinite value) brass framed picture of my deceased dad and I
dancing in Blue African Dress he had made for my birthday
*(infinite value) brass framed picture of son being held by his dad
as infant
*(infant value) 5 scrapbooks of son as infant growing into teen
years
*20,000.00 20 Dolls Ken and Barbie original Dolls from the 60's
and 70's
$500.00 5 sets of spreads for the twin beds
$250.00 5 sets of twin bed sheets

$3000.00 100 towels- face towels, hand towel, finger towel, bath towels and beach towels
$1500.00 5 comfort set- including sheets, flat and fitted- pillow cases and

$2500.00 1 set of Oriental Sofas (black with cream colored pillars)
$2500/00 1 black secretary desk
*(infinite value) 1 brass and black marble lamp from grandmother(two tier)
*(infinite value) 1 ivory china lamp that lights at bottom grandmother's lamp
*2500.00 5Television Sets throughout my home
$500.00 1 Bass Planter in guest bedroom
$100.00 1 brass trash can
$1500.00 1 matching night stand, it is downstairs in Dining Room between two Queen Anne Chairs
$500.00 1 custom seat underneath display cabinet in Dining Room
$10,000.00 10 Sets of Bass Artifacts
$20,000.00 10 Sets of Crystal Artifacts (Barrack crystal-Lennox crystal)
*(infinite value) 3 Signed Books from President  Bill Clinton
*(infinite value) 5 framed invitations from President Bill Clinton to the White House and his Inauguration ( They include Vice President Al Gore
*(infinite value) Original sketching of Vice President Al Gore and Tipper—from National Democratic party
**(infinite value 8)  framed pictures from President Clinton during his presidency addressed personally to me
*infinite value (award from International Society of Poets)
*infinite value (award for Deceased Secretary of Commerce Ron Brown- hangs in Washington in Secretary of Commerce
*(infinite value) picture of me with Congressional Black Caucus President
*(infinite value) picture of Graduation of my son from High School with High School Diploma

*(infinite value) framed activities of deceased grandmother, and great grandmother on top of oak bookcase in Prayer Room
*(infinite value) famed picture of mother and I in Chicago
*(infinite value ) Scrap Book of me teach in Kaohsiung, China
*(infinite value ) Scrap Book of college years
*(infinite value) photo album of President Clinton and years- book to be published
*(infinite value) photo album of celebrities s to be published

*(infinite  value) 5 Extremely Large Oil Painting From Africa- these were given to me as gift by my family and friends
*(infinite value) 1 Antique End Table from God Father who passed away July 14, 2006 after finding out I was taken from my home by force Sheriffs
*(infinite value) Photo Album of Grandmother who passed away and raised me
*(infinite value) Photo Album of Family
*(infinite value) Photo Album of Wrigley Bulletin and News achievement
*(infinite value) These include Pulitzer nominations and letters of acceptance....Letters from the United States Congress,  Awards from the State Assembly, and letters from President Carter, Clinton, and Bush.  22 Artifact awards to Wrigley Bulletin and News

# Equipment or Asset of Women Writes to Privacy DBA Wrigley Bulletin and News

Equipment at 2031 Pacific Avenue These are the only assets I own.

10 Dresses
5 Suits

30 shoes
10 sweat suits
5  lamps
4 printers
1 large multi purpose printer
3 Mac computers
2 PC Computers]
1 large Desk
1 Planter
1 conference Table
10 chairs
3 Folding Chairs
3 Desks
1 stapler
1 small refrigerator
4 Vases
4 cups
4 plates
1 television
1 radio
1 fan
20 Pictures of Wrigley Bulletin and News achievement
3 Awards
1 storage bin

# ADDITIONAL Equipment or Asset of Women Writes to Privacy DBA Wrigley Bulletin and News
# 2151 EUCALYPTUS AVENUE—LONG BEACH, CA. 90806

## ADDITIONAL PERSONAL PROPERTY IN LIVING ROOM

1 oak mantle from grandmother's house who is now deceased over
*( infinite value) marble fireplace
$250.00 Brass Fire place set
$6500.00 Brass Fire place facing Screen and covering with gas and
wood burning

## WINDOWS
## $20,000.00       CURTAINS AND DRAPERY ON 50
## WINDOWS THROUGHOUT HOME (Living Room and Has
## Cobalt Blue Satin Drapes) Tapestry Drapes in Master
## Bedroom , Custom made Lace curtain in Kitchen, Laundry
## Room and Guest Bathroom

$25,000.00 FRONT DOOR- Pursed and placed

## PRAYER ROOM

$1000.00 2 brass candles lamps-each has three candles underneath
shade
$8500.00 2 sofas that let out into twin beds
 $50,000.00 Antique Chippendale table is in between sofas
*(infinite value) 3 Different Books of photographs belonging to the
Wrigley Bulletin ( made for publication)
*(infinite value) Basket of personal magazine-one is Black
Enterprise- My family is featured in this edition.
$3500.00  1 Serving Table made of mahogany
$6700.00 1 Tall floor brass lamp with brass shade made in 20's
$600.00 1 brass planter with plant
$2000.00 1 oak antique book case in prayer room
$ 3000.00 1 mahogany pull down desk in prayer room
$15,000.00 2 antiques chairs in prayer room
*(infinite value) given to by mother 1 African Family Heritage
Bible
$8000.00 10 crystal pieces in prayer room (Lenox Crystal)

$10.000/00 Antique 2 candle  brass lights with three tier candles on each lamp in prayer room

$25,000.00 1Large teak dark lion from Japan with ivory tucks

******(infinite value) Poem I wrote and presented to President Clinton on his 50th Birthday*** This poem is in President Clinton Library in Arkansas

*(infinite value)  from International Society of Poets with Poem I wrote for Virginia Clinton Kelley and Photo of Disney Character

*(infinite value) I collect Angels 5 Crystal Angels on shelves Photos I took and gave to President Clinton for his Library in Arkanas

$4500.00 1 green Oriental rug in prayer room

$2500.00 2 marble lamps in prayer room( These are solid marble and brass)

*(infinite value)50 Books in prayer Room (collection of renown poets, renown painter, renown authors) Signed books from Rosa Parks, Signed books from Jesse Jackson, Signed books from President Clinton, signed book from President Carter...etc.

*(infinite value) 10 brass artifacts on shelves in prayer room Among these is tea pot, brass plate, brass historical plaque given to husband and me, little brass animals, one large brass planter, brass frames

**ADDITIONAL DINING ROOM BELONGINGS**
*(infinite value) 25 Vintage Perfume Avon Bottles from forty and fifties

$50,000.00  10 Yardo collectors pieces in cabinet in living room

*(infinite value) 1 painting from grandmother house of little girl

**(infinite value (These are itching of black soldier fighting in the American Revolution.)***4 Antique itching in Dining Room**

**CELLAR**
$2000.00 Canned goods from mother

*(infinite value) Family Albums

*(infinite value) Corporation Documents

*(my art work I painted) Paintings
*(infinite value) Family Documents, Diplomas, Awards, and Certificates

**ADDITIONAL ITEMS IN GARGAGE**

$ 500.00 Summer clothes packed in boxes
*(infinite value) Stocked editions of Wrigley Bulletin and News
*(infinite value) 1 trunk of son's baby clothes
*(infinite value) 2 Football of son's baby toys
*(infinite value) 1 antique telephone desk
$2000.00 1 mahogany table and match four chairs
$4500.00 1 Red Antique Cabinet
$250.00 Sheen Door to Back Door
$1250.00 1 mahogany side serving cabinet
$2200.00 1 part of the Oriental sofa in Guest Bedroom
$120.00 1 artificial Christmas Tree for office
$5500.00 1 antique teak end table
$6700.00 1 Large ping pong table

**OUTSIDE  BELONGINGS**

$ 2200.00 3  very large pots on exterior of front wall
*(infinite value) one large concrete planter in back yard
$ 25.00 1 swan planter on side wall
$500.00 3 medium pots with plants in front of home
$4500.00 6  very large pots with plants around door, inside yard
$1000.00 6 animals planters at back door
$600.00  8 medium size planters in back yard on Bar-be-cue pit
$35,000.00 1 avocado tree
$ 25,000.00 1 fig tree
$500.00 10 different herb plants
$250.00 1 stalk of greens
$50,000.00 all flowers on the side of house
$100,000.00 8 Queen Anne Palm Trees
$1200.00 1 Rubber Tree
$2500.00 1 bush branch with flowers surrounding the entire east side of my home

OTHER ITEMS I FORGOT TO MENTION---I CAN SAY THIS IS A
PARTIAL LIST OF ITEMS IN MY HOME.  I HAVE FORGOTTEN SO
MANY ITEMS ON THE UPON LIST

## LIVING ROOM

4 Ginger Colbolt Blue Jars
Photo of Magic Johnson, his wife Cookie and I in crystal frame
Craved  sofa table from Pacific Islands
2  Chippendale Chairs in blue checked pattern

Wooden small elephants from Accra, Ghana
Ivory tooth pick holders with ivory tooth picks
Large Caste Iron Badda
Cooper Badda with children playing
Musical serving Table from the 20's made in France

## PRAYER ROOM
1 20's Serving Tray with matching glass top trimmed in mahogany
1 Oriental Chair hand craved from Beguing, China
1 Queen Anne Chair
1  Mahogany Bookcase
This bookcase is filled with Family Photo of my grandmother who is
deceased
Family Albums
Achievement Albums
Secretary Small Desk from the 50's
6 Hand blown Clowns
10 different figures Black Hand Craved Art
on Built in Book Shelves and inside of Secretay Small Desk

## ALL PERSONAL DOCUMENTS
Birth Certificates
Grandmother Death Certificate
Marriage Certificate
Awards of Son, Christopher
Awards and Appreciation from President Clinton and  Vice President Gore
Social Security Cards

$5000.00 1 antique red curio cabinet
$1200.00 1 mahogany sofa table ( long and narrow) with 2 tiers
$5000.00 1 complete set of phones business phone
$10,000.00 1000 pieces of Christmas ornaments from Africa,
China, Europe, and America
$2500.00 1 glass coffee table ( it sits on two wrought iron palms)
$1500.00 1 blue and white oriental rug 12x16
$3500.00 1 antique green floor lamp
$4500.00 5000 campaign signs
$200.00 1000 campaign sticks
$1,000,000,00        10,000 Wrigley Bulletin and News Archives
newspapers
$1000.00    3 sets of luggage Designer (a total of 10 pieces of
luggage)
$500.00 Easel mahogany frame
$1500.00 Antique mahogany 1920 telephone table
$1500.00 Antique mahogany 1929 television table
$10,000.00 $100 toys (mostly metal trucks and toy tanks) that
belonged to my son Christopher Nevin Davis, and many had been
his father's Geary when he was child.
$500,000.00 Personal archived tax return documents from business
and home
$500.00 10 different size picture frames

**TOOLS  IN GARGAGE**
$2500.00     3 different kinds of ladders
1 wooden
1 triple folding aluminum
1 long tall aluminum
1  step ladder
$300.00  2 very long orange extension heavy duty cords
$2500.00 1 mahogany antique screen door
$400.00         4 shelves
$400.00 3 long handled folks for the yard
$400.00 4 shovels

$400.00 6 different types of brooms
$5000/00    20  different types of screw drivers all sizes
$400.00 10 gallon can of lamp parts
$5000.00  Antique Lawn mower
$ 300.00 Weed whacker
$450/00  Weed shaper
$300.00 Weed killer container
500.00 Electric week shaper
$200.00 50 feet extension cord
$ 400.00   10 gallon of nails
$400.00 10 gallon of screws
 $400.00 10 cans of paint for the house
$400.00 4 different types of screw driver sets
$1000.00 Cordless, and with a cord
$500.00 Black and Decker drill set
$1000.00 1000 or more screws, and screw driver sets
$400.00   5 racks for yard
THESE ARE DIFFERENT FRENCH DOORS, (second set)
$5000.00   5 types of Antique French doors
2 small one with our double
2 single small French door
1 over size one
$2500.00   1 brown, white and ivory shaggy rug 16x20
$500.00   1 bike girl's new bike with white basket
$10,000.00 1 teak round coffee table from Polynesian
$ 1000.00 1 Wrigley Bulletin Wrought Iron hanging Sign Pole

**BACK YARD**
$1000.00 20 terracotta planters on Bar-be-cue bit
$700.00 7 porcelain plant animals down back stairs
$250.00 1 large yucca plant in large terracotta pot
$500.00 4 Herb gardens and fresh flowers
$1500.00 Bar be cue pit
**$5000.00 Avocado Tree**

3

**FRONT YARD**
**$5500.00    7 Queen Palm trees**
**$1500.00 Rubber Tree**
**$ 4000.00 Hydroids Tree**
**$ 200.00 Easter Lilies**
**$2500.00 Chinese Jade Brush**
**$1000.00 Hawaiian Plant**
**$3500.00 Chrysanthemum**

**EXTERIOR PATIO**
**$200.00  1 sun plaque made of terracotta**
$400.00 1 new barbecue grill
$3200.00 1 large size oak church bench
$500.00 George Forman Grill
$4500.00 1 medium size oak church bench
$100.00 1 large folding table
$1000.00 1 bucket with clothing for son and his infant toys
$ 100.00 1 card table
$1000.00 1 three seat bench made of leather
$400.00 4 porcelain planters
$100.00 1 sun porcelain decoration
$500.00 3 stand planter stands with porcelain pots and plants
$5400.00 1 exercise bench
$1000.00 Long Planters of plants
4 folding chairs (already priced with matching folding table above)
$5000.00 Exercise bench and exercise equipment
$1200.00 1 bench with three leather chairs attached

**FRONT PATIO**
$$600.00 3 large terracotta pots with plants on landing with saucers
$100.00   1 purple swan planter in platter
INSIDE FRONT PATIO
$5000.00 5 large terracotta pots with plants
OUTSIDE FRONT SURFACE PATIO

$1000.00  3 large terracotta pots
FRONT YARD
$500.00 Hose and cabinet for water hose
$300.00  3 medium size terracotta pots

FRONT DOOR
$25,000.00 OAK CUSTOM MADE FRONT DOOR WITH
GLASS

INSIDE COVE AT FRONT DOOR
$1000.00 1 large jade plant terracotta given to us as a wedding gift

$5000.00 REST OF EXERCISE BENCH EQUIPMENT IN
GUEST BEDROOM (all of the various size weight and lifters)

## LIVING ROOM

$1,000,000,00 Son's Antique Baby Grand Piano and bench from
grandmother
$3500.00 Oriental Blue and White area rug
$6000.00 Mahogany Double French Doors
$3500.00 French Secretary Dress with storage compartments
$2500,00  Mahogany Sofa Table with smoke glass tops (3 pieces
of glass in table- the center is large,...ea side smaller)
$1,000,000,00 Tiffany blue lamp great-grand mother
$1000,00 Large Zebra
$100,000.00 Lite Chippendale Antique Magohany Cabinet with  5
Pieces of collectable Yardo in it from Spain
$10,000.00 3 Tier leg Duncan Fife leather antique table
$4,000,000,00 1 Statute Girl made of marble from great –great
grandmother
$10,000.00 1 Ivory Plate given to me as gift when I taught in
China
$1,500,000.00 1 Ivory set of Elephant tusks given to me in Africa
$1,000,000.00  Ivory girl given to me by deceased grandmother

$1,000,000.00 Grandmother's Oak Mantle

$1000.00 2 small lamps on mantle with cream shades

* (cannot place value infinite price)25 family photographs on cove by fireplace in brass frames

$500.00 Solid antque brass Fire place set

$1500.00 Fire place brass covering

$5000.00  1 teak elephant from Accua, Ghana

* (cannot value priceless) 1 Family Bible from deceased father

*(cannot value indefinite) 2 personal photographs with President Clinton on Baby Grand Piano

*( cannot place value all are deceased)5 personal autographs books from friends who have published novels

$100,000.00 3 Oriental Paintings on rice paper from Kaohsiung, China

$100,000.00 portraits in original cultural attire from Japan

*(infinite value) Chinese doll in original culture gown, gift from students in Kaohsiung, China

$5000.00 2 Oriental Planters with large pants

$100,000.00 2 Rice Paintings ( these are not framed, came from Kaohsiung, China

* (infinite value)3 China Blue Ginger Jars with brass stands gifts from students in China

* (infinite value) 3 Oriental Display plates on Grandmother's mantle

* infinite value) 6 Brass miniature ashtrays two brass flies, two turtles, two crabs

* (infinite value)  1 large Brass Crab

* (infinite value)  1 large Brass Tea Pot

*( infinite value)  1 large brass plaque Destination of Wrigley *

*(infinite value) Historical Landmark with ex-husband and my name on it

*(infinite value) 1 large Brass plate with stand

*(infinite value) 1 large Brass vase with black stand

*(infinite value) 1 oversize Japanese Blue and White Plate from President of China

*(infinite value) 1000 photo of Japan, China, Korea, and Tailand
*(infinite value) 1 book of Oriental trip
*(infinite value) 1 book of Cheerleader awards
*(infinite value) With oriental black stand
$200.00 5 brass oriental stands
$10,000.00 4 huge inside plants
$2500.00 1 pastel green Oriental rug 5x7 in Prayer room
$6500.00 1 white, rose, and green Oriental rug 10x12 in Master
$10,000.00 Bronze Budda Statue
$5000.00 Copper Budda Statue
*(infinite value) Author graph book by President Clinton as gift
*(infinite value) Letter opener given to me by President Clinton
with President Seal on it
$3500.00 Large Zebra
$200.00 4 glass ashstrays
*(China candy dish made of long tail dog)
$600.00 Crystal light for exterior patio
*(infinite value) The original architecture designs of the house
*(infinite value) Large Wrought iron fire wooden holder
* (infinite value) Cloth fire wood holder
*(infinite value) One oak desk-great-great grandmother
*(infinite value) 1 set of ivory tooth picks sticks made like
alligators was given to me as gift from students in China
*(infinite value) Documents in school of Monrovia, Liberia school
International Institute
$2,000,000.00 2 Original Painting one over sofa,( African Monkey
Bridge in Monrovia, Liberia by Robert Taylor now decease)
        one over mantle of horses at Kentucky Derby original
painting by Shoemaker
        *( infinite value) The Girl painting given to me by great-
great-great grandmother ( not framed)
$100,000.00 2 African Paintings from sister in Monrovia, Liberia
(West Africa)
$25,000.00 One love seat and one sofa with Down cushions and
silk fabric

$1, 000,000,00 One small antique end table that is a music box
$2,000,000.00 Two antique end tables on each side of large sofa
great-great-grandmother
$10,000,000.00 1 personalized book from President Clinton
(photographs of campaign)
$10,000,000.00 1 personalized book from President Clinton's
mother
$10.000,000.00 1 personalized book from First Black to live in
George Town, District of Columbia (Washington D. C)
*(infinite price) 1 published book of poems with my poetry in it
$200.00 1 book of King Tut _ _
* infinite price) 1 book of the Greatest Painting In The World
$5,000.00  1 African Heritage Family Bible my personal bible (not
the one given to me by my dad
*(infinite price) 2 lacquered Oriental pictures with Jade of women
$2,000,000.00 African Painting of scene in Africa in the "Bush:
hanging in Prayer room
$500.00 Painting of Jesus—The Soul
$500.00 Painting of Jesus carrying girl and her baby on the beach
*( infinite value) 50 Pictures of my son Nevin as he grew up
modeling and with awards in various sports, 12 awards from son
Nevin Ice skating, Swimming competitions, Karate, Soccer, and
depute of swimming awards, and Regional Champions for West
District in Soccer
AWARDS OF MY SON-NEVIN
*(infinite value) More than 12 Award of my son Nevin from
Soccer, Ice Skating, Music and church
Pictures of my deceased grand mother, pictures of my deceased
grand father, pictures of my deceased God Father,
*(infinite value) 1 Family Portrait of Girls

**AWARDS**
*(infinite price) Framed invitations from the Clinton White House
Inaugurations 1992 and 1997 on wall

$10,000,000.00 Personalized signed Christmas Cards from President Clinton and Hillary Clinton each year he was at White
*infinite value) 20 personalized letters from President Clinton, and staff during White House Years
*(infinite value) Framed Poetry on Late Secretary of Commerce Ron Brown
*(infinite value) Framed Photograph of the Congressional Black Caucus
*(infinite value) Photo Album of All State Cheerleader and City-Wide Champions as teenager
*(infinite value) 20 awards from President Clinton and White House Cabinet,
*infinite value) Award from The Late Secretary of Commerce Ron Brown, Awards from University of California-, Awards from Democratic Party, Awards from Pulitzer, Award from State
*(infinite value) Assembly, Award from Congress, Award from Congress woman McDonald,
*(infinite value) Awards from People Republic of China-Chairman Moa, Photo Albums from teaching in People Republic of China,
*infinite value) Award from Chicago School District,
$300.00 Award from Long Beach Chamber of Commerce,
$300.00 Award From Long Beach School District,
* (infinite value) Framed Award from the International Society of Poets
$300.00 Awards from SCE, (Southern California Edison)
$300.00 Award from Mayor Ernie Kell of Long Beach,
$300.00 Award from NAACP, Long Beach Chapter,
*(infinite value) Award from Secretary of Defense, 1000 photographs of President Clinton and his cabinet members. Invitations to The White House Ceremony, Christmas Cards from the White House,

Invitations from:
*infinite value) of Jackie Onassis Funeral
*infinite value) of John F. Kennedy Jr. Funeral

*(infinite value)President  Ronald Reagan and letters (funeral)

* (infinite value)President Richard Nixon (funeral)

* (infinite value) President Clinton's mother, Virginia Clinton Kelly

*(infinite value) Letters and photos from Virginia Clinton Kelley)

*( infinite value) Jackie Kennedy Onassis (letters)

*( infinite value) President Jimmy Carter and letters, and photos

* (infinite value) President George Bush letters and photos

*(infinite value) Lady Diana of England letter and photos

*( infinite value)Personal Letters from President Clinton and photos

* (infinite value) Letters from his mother, Virginia Clinton Kelly, entire family

* infinite value) Letters from dignitaries all over world and local letters praising the Wrigley Bulletin and News

*(infinite value) Letters from his step father, Richard Kelly

*(infinite value) Letters from President Clinton's his friends and family

* (infinite value) Letters from National Photography Gallery and

** ** (infinite value) Credentials 20 years

10,000 Credentials from ceremonies, event, the Wrigley Bulletin has covered from 1989 to 2000

** (infinite value)10,000 documented editions of the history of Long Beach

 *(infinite value) (novel) to be published

*(infinite value)Manuscript of novel, "Bubble Gum Alley" to be published

$100,000,000.00 Collection (5000) of Antique Bags from nineteen century to present (Manuscript to be published) in Guest Bed Room/Pantry/ Closet/ and Office

*(infinite value)Pictures, Documentation of History of Wrigley Historical District

*(infinite value) Photographs of Wrigley Historical Homes

* (infinite value) Destination Awards and 1989 Ceremony and Awards

* (infinite value) Destination Ceremony and plaque
$5000.00 10 bass pots, tea kettle, plates, and stan
$10,000.00 2 large brass deer on mantle in living room
$8000.00 4 hand blown Blue vase in living room
$125,000.00 Antique table in window with large white basket plant
( secretary) great-great-great grandmother's and lace table cloth
$2500.00 1 small sofa
(already priced) Sofa Table is behind sofa with blue Tiffany lamp
$ 50,000.00 1 floor lamp with marble and brass base , the marble
lights up, belonged to great-great great parents
$2,000,000,00 great grandmother's antique Chippendale chairs
checkered blue
$2500.00 1 large Queen Anne chair light pink
$10,000.00 1 hand craved teak chess set and table from Africa
$5,000.00 1 large salt ivory set 3 leg-gift from students in China
*(infinite value) 1 ivory woman statue great- great grandmother
$3000.00 1 antique side board
$2000.00 Oriental flower pots made of brass
$15,000.00 large sofa table that sits on the Oriental Rug
$ 2500.00 1 complete stereo set with large adobe speakers
 $3000.00 3 small teak elephants gifts from students in China
LINEN CLOSET
$7500.00  20 sheet sets most designed by Fieldcrest
$5000.00 10 spread sets
$6,000.00 20 towel sets
$10,000.00 10 comforters sets
$1000.00 10 beach towels
 $600.00  2 bath rug sets
$200.00  10 dish towels
$4000.00 5 sets of curtains
$1600.00 5 blankets
$ 300.00 Shelf in Pantry
*infinite value) 2 antique radios, three antiques shades, 3 portable
heaters ) radios were grandparents
 $ 400.00 1 wash sink

$ 100.00 1 handy utility rack
$ 4.00 Mop
$ 400.00 Brooms
$400.00 Washers
$ 80.00 Dust mops
$ 1000.00 Cleaners
$ 1000.00 Waxes
$ 1000.00 Oils
$ 400.00 Mercedes Benz touch-up paints
$ 400.00 Furniture Touch-up paint
$1500.00 Very Large Santa Barbara Water Color- original on wall
in Laundry Room
$ 59.00 American Flag
*(infinite value) 25 Video of movie on "Fresh" to be cut and aired
on PBS I did filming all over California on how food is prepared
$1000.00 20 Cases of water
$2599.00 Security System

**PANTRY**
$ 3000.00 5000 cans of Food for Earth Quack Readiness
$200.00 Flash Lights three different sizes
 $ 400.00 4 Cases Dried Milk
$200.00 Case Aluminum fold
$200,00 Case lunch bags
$200.00  Case of 30 Gallon bags
$200.00  Case Freezer bags
$200.00  case of Paper Towels
$1000.00 25 Cases of Water
$1000.00Case of Toilet  paper
$300.00 Small Refrigerator upstairs in the Master Bath room filled
with
$300.00 juices and water
*(infinite value) 2000 Stock Newspaper from the Wrigley Bulletin
and News

12

$1000.00   I have over 200 cans of food for emergency Earth Quake Prepareness
* 400.00    6 Shelves of one side and 6 shelves on the other side filled with food-
* 500.00    10 cases of water
* additional food Pantry Door has rack of food hanging on it

$500.00    Other paper goods
*(infinite value) video tapes of works for publication, I film on food industry
$ 20.00  1 white step stool chair
*(infinite value) 1000 stocked editions of the Wrigley Bulletin and News
**$4500.00  with ice-cream maker and ice maker , and water dispenser REFIGERATOR**

    **Lobster**
    **Shimp**
    **Steaks**
    **Chicken wings**
    **Milk**
    **Soy**
    **Juice**
    **Bread**
    **Fresh fruits and vegetables**

**\* I had just gone shopping so my refrigerator was filled with food**
**MEDICINE CABINET IN KITCHEN**
**$300.00 Filled with my pain medication**
**And vitamins I take daily**
**$1200.00  KITCHEN SINK**
**$800.00 20 different cleaning cans and bottles I used for cleaning including wax for my kitchen and bathroom floor**

**LAUNDRY ROOM**
$1250.00 New washer and dryer

13

$200.00 1 shelf
*(infinite value) antique clock
*(infinite value) antique lamp shades
*(infinite value) antique heaters
$20.00 10 pounds of washing power
$10,000.00 One Tool shed with 100's of tools
$40.00 One equipment holder with mop, brown, dust pan
 Cleaning liquids-soap, oil polish, paints, w-d 40 oil, all  types of
furniture oil and stain for furniture,
          $8000.00 screw drivers various sizes
          screws various sizes
          hammers various sizes
          nails various sizes
          1 sink
          son's first baby bottles
          electrical cord
          Christmas Ornament

**DOWNSTAIRS CLOSET**
$1500.00 5 sets of luggage
$2500.00 5 boxes of sweaters
$10,000.00 100 pair of shoes and shoe rack
$5000.00 100 jackets
$5000.00 100 slacks
$500.00  100 shirts
$500.00 100 purses
$6000.00 100 suits
$700.00 100 of shoes
$600.00 20 sandals
$120.00 1 cold pack cooler
$4200.00 5 designer hand bags
$120.00 luggage carrier
$2000.00 25 pairs of boots

**(infinite value)Stocked Footage of Video to be edition on Fresh"**

*(infinite value)** 1000 Vintage Hand Bags

$200.00 Antique touch up paints and brushes

$4000.00 On the door of the Pantry a Can Rack Filled with 200 can foods and jellies

$ 2999.00 Inside Kitchen door a Spice Rack filled 50 different cooking spices

*(infinite value) Draw filled with collected Cook Books

$200.00 Draw filled with  a variety of cookie cutters

$200.00 A blender

$1200.00 Juicer

$400.00 A mixer and mixing 3 mixing bowls

 $500.00 6 Piece Cooking Spoon sets

$400/00 10 Crystal Bowls

$5000.00 25 Piece Wedding Gift China Set ( Pale blue and white trimmed in silver)

$980. 12 Piece Stone Ware China Set

$1500.00   12 Piece Blue and White Stone Ware Set

$150.00    5 Corning Ware Casserole sets

**DINNING ROOM**

* (infinite value)1 marble elephant and smaller elephant (wedding gifts)

*infinite value)1 leather pillow for Ghana (inside are hand made silk pillows from mom

$10,000.00 1 server in window with flowers and beautiful Ginger colorful vase

$5,000.00 1 Side Board Server next to wall coming from Living Room

$1500.001 crystal bird (barrack crystal)

$50,000.00 1 Duncan Fife table with Chippendale chairs 6 side chairs and 2 armed chairs with pink bottoms- I had this hand made from Pacific Design Center in Los Angeles

$100,000.00 2 Pink Queen Anne Chairs from Grandmother's home who is now deceased

$60,000.00  6  Antique Crystal lamps( Each hanging in halls, bedrooms, dining office, and prayer room)

$2500.00 1 server

$40,000.00 4 etching painting hanging beside server (2 on wall by curtains)

$30,000.00 One painting of elephant another painting of Miles Davis by artist La Curtis Doodley

$20,000.00 One painting of Olympic Massacre in Germany 1972

$1,000.00 One painting of Paris behind Display Cabinet

*(infinite value) One painting of Husband Geary H. Davis center of Display Cabinet

* (infinite value)One painting of Son-Christopher side of display Cabinet

$5,000.00 5 unhung paintings behind display cabinet

$10,000.00    1 painting of The Blue Lady by Master Michael Angelo

$10,000.00    1painting signed by artist-Award from Napa Valley Vintage

$25,000.00 25 Avon bottles made in the 50's

$100,000.00 25 African Statues from deceased father

$60,000.00 6 crystal Decanter from deceased grandmother

*(infinite value) Painting of husband

*(infinite value of birthplace that is now destroyed by flood. 1 painting from New Orleans

* (infinite value) 1 painting from Olympics in Germany

* (infinite value) 2 painting from close friends as gifts

$300.00 2 vases

$500.00 1 large arrangement of flowers

$10,000.00  large antique chandler over sofa table from great-great-grandmother

$500.00 2 televisions 19inch and 12 inch

$2500.00 3 sets of sterling silver  flat ware

$100, 000,00 set of sterling silver candle sticks with three tear handles from England

$250.00  set of glass candle sticks with three tear handles

$2500.00  Chandler over the Dining Room Table

$250.00 1 set of pink candle sticks with single handle

$100.00 1 set of glass candle sticks with single handle

$4500.00  24 crystal water gobblers and drinking glasses

$4000.00 1 antique silver tea and coffee server with silver tray

$10,000.00 1 sterling silver pitcher

$1500.00 1 silver butter dish

$10,000.00 1 sterling silver coffee container

$10,000,00 1 silver sugar holder

$10,000.00 10 sets of napkins white, red, cream, lace, green, yellow, pink, white and purple

$500.00 5 sets of candles

$500.00 1 large Santa candy bowl

$120.00 1 crystal bowl with candy

$2500.00 1 crystal barrack angle

$ 2500.00 1 crystal barrack dove

$2000.00  2 flower solid brass stands

 $7500.00 1 Mahogany Curio large Display Cabinet

$10,000.00 1 side board with dishes and accessories

$35,000,00 1 large  original Persian Rug

$5000.00 2 Large Antique Pink Queen Anne Chairs

 $10,000.00 1 Marble lamp (great-great-great grandma)

$10,000.00  1 marble table

$ 1000.00  2 marble tables

$5,000.00  4 oil painting hanging between Cabinet shelves

$1500.00  8 glass large plates on bottom of shelf

$450.00 1 small antique bench underneath cabinet with pink custom

## FOYER
*(infinite value) Award Oriental (Long style Painting given to me by students in Kaohsiung, Taiwan (Peoples Republic of China)
* (infinite value) Award Painting given to me by artist, signed
* (infinite value) 1 hand made chandler with eggshell covering with brass
* (infinite value) 100 achievement photos up stair case in oak frames
$ 1200.00 1 Oriental rug blue at foyer door
( already price- 1 oval shape door made of oak with crystal glass
*(infinite value) Hand made chandler (I made the chandler)
$10,000.00 2 Oriental tables lamp table with ivory and jade craving
$7500.00 2 marble lamps
$2500.00 1 hall table with glass made of wood
$25,000.00 one Indian girl hand craved from Pequot Tribe
$750.00 1 Tiffney lamp on table
$25,000,00 1 large mirror trimmed in brass ( great grand parents)
$100,000.00 10 hall paintings ( one of the and tapestry painting
$20,000.00 1 Serving table next to sofa

## OFFICE
5,000,000.00 24 caret gold bird from deceased great-grandmother
* (infinite value) 1 coffee cup from The White House
* (infinite value) 1 coffee cup from SCE
* infinite value) 1 coffee cup from Governor Davis
*(infinite value) 1 music award of son Christopher
*( infinite value) Set of first bowl of son Christopher
*(infinite value) Hand made chandler
Chair
$ 2,500.00 Two part desk-upper and lower oak desk set
*(infinite value) Press Credential from President Clinton First Inauguration
* (infinite value) Photos of President Clinton family with me in Arkansas

Pink Slips to my son's Automobiles
Records of Mortgage Loans

For Gotten Items in KITCHEN

## PLATTERS IN THE SHELVES ABOVE REFRIGERATOR
1 large built in Condiment Rack with Every imaginable Spice that is needed
Additional Cabinet of Spices
Drawer Filled with Cook Books
Large Drawer of Cooking Utensils

Platters
Serving Trays
Large Cooking Pans
Large Serving SETS for heating foods during Dinner Party
Large Meat Slicer
Carrier Iron for Travel
Extra Can Opener
Salt and Pepper Shakers

## PHOTOGRAPHS
Hillary Rodham Clinton
Elizabeth Dole
Candidate Bob Dole and photos between President Clinton and he
Debate photgraphs between Former President Bush and President Clinton
All of the Congressional Black Caucus Members
All of the Congress
Vice President Gore
Secretary of Commerce Ron Brown
Secretary of Education......
And there is more...............
Sincerely,

Lee Davis

If there are any questions --Please send request to: Wrigley

# EXHIBIT K

# LONG BEACH POLICE REPORT

# 6 LONG BEACH POLICE PULLED GUNS ON ME, ONE TO MY HEAD

# ARRESTED, DETAINED FOR 2 HOURS

# INSTRUCTED TO SIT IN DOG POOP BY OFFICER, CHRISTOPHER



# CITY OF LONG BEACH
### POLICE DEPARTMENT

400 WEST BROADWAY | LONG BEACH | CALIFORNIA 90802 | 562-570-7381 | FAX: 562-570-7080

ANTHONY W. BATTS
CHIEF OF POLICE

ADMINISTRATION/RECORDS
REF: 2.2M

August 23, 2006

Lyona Davis
2151 Eucalyptus Ave.
Long Beach, CA 90806

Dear Sir or Madam:

Regarding your request for a copy of Incident/Arrest Report number *060056666*:

We are enclosing the report you requested.

Sincerely,

Jonathan M. Stafford
Records Administrator

**06-56666**          Supplement No
                      ORIG

# LONG BEACH POLICE DEPARTMENT



**400 WEST BROADWAY**

**LONG BEACH, CA 90802**
Primary Offense
**RNB**

Reported Date
**07/21/2006**

Officer
**VALDEZ, CHRISTOPHER G**

**562 570-7381 RECORDS**

**562 570-7080 FAX**

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|
| **LONG BEACH POLICE DEPARTMENT** | **06-56666** | **ORIG** | **07/21/2006** | **15:48** |

| CAD Call No | Rpt Typ | | Primary Offense |
|---|---|---|---|
| **062021230** | **RELEASED NOT BOOKED (ADULT)** | | **RELEASED NOT BOOKED** |

| Location | | | City | ZIP Code | Rap Dist |
|---|---|---|---|---|---|
| **2151 EUCALYPTUS AV** | | | **LONG BEACH** | **90806** | **121** |

| Area | Beat | From Date | From Time | Officer | |
|---|---|---|---|---|---|
| **04** | **04** | **07/21/2006** | **15:48** | **6229/VALDEZ, CHRISTOPHER G** | |

| Assignment | Entered by | Assignment | RMS Transfer |
|---|---|---|---|
| **PATROL/WEST/CFS/W III** | **6229** | **PATROL/WEST/CFS/W III** | **Successful** |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| **7108** | **07/22/2006** | **11:10:45** |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| **RNB** | **1** | **I** | **DAVIS, LYONA MCPHEARSON** | **361294** | **B** | **F** | **07/04/1950** |

| Report Officer | Printed At | |
|---|---|---|
| **6229/VALDEZ, CHRISTOPHER G** | **08/20/2006 23:06** | **Page 1 of 2** |

06-56666    Supplement No
ORIG

# LONG BEACH POLICE DEPARTMENT

RELEASED NOT BOOKED 1: DAVIS,LYONA MCPHEARSON

| Involvement | Invl No | Type | Name | MN |
|---|---|---|---|---|
| RELEASED NOT BOOKED | 1 | Individual | DAVIS,LYONA MCPHEARSON | 361294 |

| Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|
| BLACK | FEMALE | 07/04/19██ | 56 | No | 4'09" | 150# | BROWN | BROWN |

| Type | Address | | City | State |
|---|---|---|---|---|
| HOME | 2151 EUCALYPTUS AV | | LONG BEACH | CALIFORNIA |

| Zip Code | Date |
|---|---|
| 90806 | 07/21/2006 |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE/ID NUMBER | C1981043 | CALIFORNIA |

| Type | ID No | OLS |
|---|---|---|
| SOCIAL SECURITY NUMBER | ███████████ | CALIFORNIA |

## Narrative

While working as Unit 434C, I (Ofc C Valdez #6229) was dispatched to 2151 Eucalyptus Av regarding an unwelcome subject. The dispatch stated that a evicted tenant had returned and was not supposed to be there. The subject (later determined to be RNB Lyona Davis) was described as a female Black wearing a yellow floral dress and had arrived in a gray Jaguar, which was parked out and facing the wrong direction.

While en route, I was advised by the on-duty police dispatcher that Davis had made verbal threats to shoot her neighbors with a .22 caliber pistol on a prior occasion. The premise from the prior call specifically listed Davis as the person making the threats.

Upon my arrival, I saw a female subject (Davis) matched the description in the vehicle. She was about to drive away in a gray Jaguar (Lic #2LHD882) , which was parked in front of 2151 Eucalyptus Av and facing the wrong direction. I immediately believed that this was the person described in the call and could be at the location to carry out her threats.

I pointed my gun at her and ordered out of the vehicle. She complied with my commands and she was handcuffed without incident. She provided us with her name and birth date and we discovered she also uses an alias of Lee Davis.

We she was a restrained party and there was a restraining order on file. I contacted our Records Division and they verified that Davis was a restrained person from the resident of                    She was prevented from being within 10 yards of the residents or residence. She was also not allowed to contact them in any way. They also told me she was served notice in court.

Our location was approximately 100 yards from the location Davis was retrained from. Davis stated she was evicted from the location                    and was there taking pictures of the eviction notice.

Davis was not in violation of the restraining order at the time of contact. She was advised of the reason she was being detained. I explained to her she was not allowed to return because there was a high likely hood she would violate the restraining order.

She was unhandcuffed and given the call number regarding the incident. I advised her if she needed to retrieve any of her belongings, she should call the police.

No firearm was recovered.

Sgt Coy was notified of the RNB.

| Report Officer | Printed At | |
|---|---|---|
| 6229/VALDEZ,CHRISTOPHER G | 08/20/2006 23:06 | Page 2 of 2 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*<br>*LYONA DAVIS*<br>*P.O. BOX 16003*<br>*LONG BEACH, CA 90806* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR *(Name):* | | |

| NAME OF COURT: | United States District Court, Central District of California |
|---|---|
| STREET ADDRESS: | 312 North Spring Street |
| MAILING ADDRESS: | Los Angeles, CA 90012 |
| CITY AND ZIP CODE: | |
| BRANCH NAME: | |

PLAINTIFF: *LYONA DAVIS*

DEFENDANT: *CANDICE RASCHE*

| | CASE NUMBER: |
|---|---|

**APPLICATION AND NOTICE OF HEARING FOR ORDER**

- [ ] **to Set Aside Right to Attach Order, Quash Writ of Attachment, and Release Attached Property**
- [X] **to Release Attached Property Exceeding in Value the Amount to be Secured**
- [ ] **to Substitute Defendant's Undertaking for Property**
- [ ] **to Increase Plaintiff's Undertaking**
- [ ] **to Determine Sufficiency of Plaintiff's Sureties**
- [ ] **to Reduce Amount to be Secured by the Attachment**

**EX PARTE APPLICATION FOR ORDER**

- [X] **to Discharge Attachment and Release Property Levied Upon**
- [ ] **to Release Property Levied Upon Due to Filing of Undertaking on Appeal**

1. [ ] To plaintiff *(name):* *LYONA DAVIS*
   You are notified that a hearing on defendant's application in item 2 will be held in this court as follows:

   | date: | time: | [ ] dept.: | [ ] div.: | [ ] rm.: |
   |---|---|---|---|---|

2. [X] Resident [ ] Nonresident   defendant
   *(name):* *LYONA DAVIS*
   makes application for an order
   a. [X] (1) to set aside the Right to Attach Order issued on
       *(date):*
       (2) to quash the Writ of Attachment issued on
       *(date):*
       (3) to release the attached property of the defendant described in the writ.
   b. [ ] to substitute an undertaking in the amount of
       $ *100,000.000.00*   in lieu of
       (1) [X] all of defendant's property which has been attached or is subject to attachment
       (2) [X] the following portion of defendant's property which has been attached or is subject to attachment:
           (a) value: $ *100,000.000.00*
           (b) description:
               *SEE ATTACHED SHEET*

   c. [ ] for release of the following attached property to the extent that the value of defendant's interest in the property clearly
       exceeds the amount necessary to satisfy the amount to be secured by the attachment:
       (1) value: $ *100,000.000.00*
       (2) description:
           *SEE ATTACHED SHEET*

| CV-4G (12/03)<br>(AT-170 [Rev. July 1, 1983]) | **APPLICATION TO SET ASIDE RIGHT TO ATTACH ORDER<br>AND RELEASE ATTACHED PROPERTY, ETC. (Attachment)** | CCP 482.030<br>Page one |
|---|---|---|

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| DAVIS V RASCHE | |

2.

d. ☐ to reduce the amount to be secured by the attachment in the amount of
$
*(specify grounds):*

e. ☒ to increase the amount of plaintiff's undertaking on the following grounds (CCP 489.220) *(specify):*

TOOK PERSONAL PROPERTY DUE FORECLOSURE
FRAUD AND NO NOTICES GIVEN TO CLAIM PROPERTY

f. ☐ to determine the sufficiency of sureties on the following grounds *(specify):*

g. ☐ to discharge the attachment and release property levied upon on the grounds that defendant recovered judgment in the action. Plaintiff has not filed and served a timely motion to vacate the judgment or for judgment notwithstanding the verdict or for a new trial; nor has plaintiff perfected an appeal; nor has plaintiff filed the undertaking required by CCP 921.

h. ☐ to release defendant's property levied upon owing to the stay of enforcement of plaintiff's judgment upon defendant's filing of an undertaking on appeal.

3. ☒ Defendant's title to the property identified in item — SEE ATTACHED LIST
☐ 2b(1)   ☐ 2b(2)   and the manner of its acquisition is set forth in the
☐ attached affidavit   ☐ following facts:

4. ☐ No defendant other than the applicant has an interest in the property described in item
☐ 2b(1)   ☐ 2b(2)

5. ☐ Nonresident defendant's application is made on the grounds of a general appearance and defendant states
a. ☐ the Right to Attach Order was issued pursuant to CCP 492.010.
b. ☐ the general appearance was filed in this action on
*(date)*
c. ☐ this application is the first appearance of the defendant.

6. ☐ Defendant's application is supported by the
a. ☐ attached affidavit.
b. ☐ following facts *(specify):*
c. ☐ attached points and authorities.
d. ☐ following points and authorities *(specify):*

Date: LYONA DAVIS
2-13-08

▶ _Lynne Davis_
(SIGNATURE OF DEFENDANT)

..... LYONA DAVIS .....
*(TYPE OR PRINT NAME OF DEFENDANT)*

By ..... *(NAME AND TITLE)*

**DECLARATION**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2-13-08

▶ _Lynne Davis_
(SIGNATURE OF DECLARANT)

..... L YONA DAVIS .....
*(TYPE OR PRINT NAME)*

7. Total number of pages attached:

Page two

CV-4G (12/03)

**APPLICATION TO SET ASIDE RIGHT TO ATTACH ORDER
AND RELEASE ATTACHED PROPERTY, ETC. (Attachment)**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re: Real Property Stolen (NC 07053)<br>Lyona Davis, an individual senior American<br> PLAINTIFF(S) <br>v.<br>Candice Rasche, CO-Trustee Or See Attachment<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CV08-3953-GW(PLAx)<br><br><br><br>SUMMONS |

TO:     DEFENDANT(S):  Candice Rasche, See Attachment

    A lawsuit has been filed against you.

    Within   20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, Lyona Davis _____, whose address is  P. O. Box 16003 Long Beach, CA 90806 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   6-24-08

By: _____
               Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                SUMMONS

2:40
20 Day

Summons
Issue

1  LYONA DAVIS
   P.O. BOX 16003
2  LONG BEACH, CA. 90806
   Telephone:(562)218-5700
   Facsmile:562)218-5712
3  E-Mail: Womenwritestoprivacy@hotmail.com
   Attorneys for Plaintiff
4  LYONA DAVIS-PROPRIA=PERSONA

5  LAW OFFICES OF DAVID S. HAGEN
   DAVID S. HAGEN - SBN 110588
6  ENCINO, CALIFORNIA 91436-1785
   (818)990-4410
7  FAX (818) 990-5680

8

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

CLERK, U.S. DISTRICT COURT
JUN 1 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

9

10              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**

11

12                    CV08 3953- GW (PLAX)

13  **In re: REAL PROPERTY STOLEN (NC 07053)**

14  LYONA DAVIS , an individual senior American )  CASE NO.:
                                              )
15          Plaintiff,                        )  COMPLIANT FOR: LYONA DAVIS
                                              )
16          vs.                               )  **NO NOTICES GIVEN TO NOTIFY LYONA**
    CANDICE RASCHE,CO-TRUSTEE OR              )  **DAVIS TO GET HER PERSONAL PROPERTY.**
17  EUCALYPTUS TRUST, BRADLEY S. HUGHES,      )  **ILLEGALLY TAKEN BY CANDICE RASCHE**
    DBA WESTAR FINANCIA GROUP, INC., AND      )  **ET. AL**
18  GATEWAY TITLE, MICHAEL JAMES HENSCHEL,    )  **LYONA DAVIS WAS TOLD SHE COULD ONLY**
    ISLES DBA TITLE TRUST SERVICES AND ET AL. )  **GET HER PERSONAL PROPERTY IF SHE**
19                                               **RELEASED THE LES PEN DENS AND**
            Defendant (s)                        **COMPLAINT FILED**
20

21  ─────────────────────────

22  TO ALL ATTORNEYS AND OTHER PARTIES IN INTEREST:

23       This complaint is filed by Plaintiff, LYONA DAVIS as a Propera Persona in the above

24  captioned case.   She is asking for replacement and sanctions for her personal property taken

25  without notice of personal property left after eviction.   This was an illegal eviction on Plaintiff

CANDICE RASCHE ET AL DOES 1-100 TOOK PERSONAL PROPERTY WITHOUT GIVING NOTICE
    TO RECLAIM PERSONAL PROPERTY WHILE IN CHAPTER 13 BANKRUPTCY - 1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Paul L. Abrams.

The case number on all documents filed with the Court should read as follows:

## CV08- 3953 GW (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==============================================================

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY